**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,

Plaintiff,

v.

XIAOLING CHE and JINYAN DUAN,

Defendants.

Civil Case No.: 2:26-cv-01819

**EXHIBIT A**

**ATTACHED TO THE COMPLAINT**

# EXHIBIT A

US012048885B2

(12) **United States Patent**
**Che et al.**

(10) **Patent No.: US 12,048,885 B2**
(45) **Date of Patent: Jul. 30, 2024**

(54) **MOVABLE PUZZLE PLATFORM**

(71) Applicants: **Xiaoling Che**, Hubei (CN); **Jinyan Duan**, Guangdong (CN)

(72) Inventors: **Xiaoling Che**, Hubei (CN); **Jinyan Duan**, Guangdong (CN)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/235,896**

(22) Filed: **Aug. 21, 2023**

(65) **Prior Publication Data**

US 2023/0390633 A1 Dec. 7, 2023

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 17/829,359, filed on Jun. 1, 2022, and a continuation-in-part of application No. 17/505,587, filed on Oct. 19, 2021, now Pat. No. 11,890,551.

(30) **Foreign Application Priority Data**

Sep. 26, 2021 (CN) .......................... 202111131554.1
Sep. 26, 2021 (CN) .......................... 202122334815.1
Jun. 13, 2023 (CN) .......................... 202330364018.X

(51) **Int. Cl.**
*A63F 9/10* (2006.01)

(52) **U.S. Cl.**
CPC ...... *A63F 9/1044* (2013.01); *A63F 2009/105* (2013.01)

(58) **Field of Classification Search**
CPC ............. A63F 9/1044; A63F 2009/105; A47B 13/081; A47B 13/083; A47B 41/00; A47B 41/02; A47B 83/043
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | | |
|---|---|---|---|---|
| 1,987,496 A * | 1/1935 | Springborn | A63F 9/1044 273/157 R |
| 4,635,894 A * | 1/1987 | Sammons | F16M 11/08 384/615 |
| 10,517,391 B1 * | 12/2019 | Fischer | A47B 1/10 |
| 2010/0101461 A1 * | 4/2010 | Brault | A47B 13/003 108/140 |
| 2016/0281908 A1 * | 9/2016 | Mackenzie | A47B 13/088 |
| 2021/0170267 A1 * | 6/2021 | Malki | A63F 9/1044 |
| 2021/0170268 A1 * | 6/2021 | Malki | A63F 9/1044 |

* cited by examiner


*Primary Examiner* — Nkeisha Smith

(57) **ABSTRACT**

A movable puzzle platform includes a board assembly having a puzzle board with a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement having a supporting portion attached on a bottom surface of the puzzle board and having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall upwardly extended from the fixing portion of the puzzle board and having a first extending wall stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall. The puzzle platform is configured for retaining all the unfinished pieces and while allowing the player to conveniently play puzzles.

**29 Claims, 56 Drawing Sheets**






Fig. 1


1
90
32
100
101
32
30
31
301
11
32
323
324
321
322
324
312
14
325
24
23
22
28

Fig. 2




Fig. 3




Fig. 4


317
33
313
53
34
315
37
311
3111
3113
3112
52
318
51
3121
3123
3122
312
35
38
36
316
314
54
57
59
58
57
58
59

Fig. 5


36
51
317
3111
3112
33
54
53
314
313
34
35
3122
316
318
52
315
3121

Fig. 6




Fig. 7




Fig. 8




Fig. 9




Fig. 10




Fig. 11




Fig. 12




Fig. 13




Fig. 14




Fig. 15




Fig. 16


50a
51a
100a
53a
52a
10a
52a
32a
30a

Fig. 17


32a
53a
51a
10a
501a
52a
302a

Fig. 18




Fig. 19




Fig. 20




Fig. 21




Fig. 22




Fig. 23




Fig. 24




Fig. 25




Fig. 26




Fig. 27




Fig. 28




Fig. 29




Fig. 30




Fig. 31




Fig. 32




Fig. 33


G-G
21
22
211d
213d
212d
215d
26d
224d
24d
222d
221d
223d

Fig. 34


H-H
21
22
213d
211d
214d
212d
225d
224d
215d
26d
221d
223d
222d

Fig. 35


I-I
22
21
213d
211d
232d
212d
224d
251d
215d
252d
25d
251d
24d
222d
221d
223d

Fig. 36




Fig. 37




Fig. 38




Fig. 39




Fig. 40




Fig. 41




Fig. 42




Fig. 43




Fig. 44




Fig. 45




Fig. 46




Fig. 47




Fig. 48




Fig. 49




Fig. 50


1f
100f
51f
J
31f
32f
54f
J
40f
301f
102f
101f
10f
50f
102f
40f
312f

Fig. 51

J-J




Fig. 52

J-J




Fig. 53




Fig. 54




Fig. 55


51f
31f
53f
11f
32f
54f
52f
312f
57f
59f
57f
58f
59f
58f
312f
102f

Fig. 56


51f
311f
316f
315f
53f
54f
313f
314f
317f
318f
312f
52f

Fig. 57


90h
100h
K
101h
10h
102h
K
102h
301h
401h

Fig.58


K-K
101h
11h
12h
32f
401h
301h

Fig.59


1h
301h
20h
40h
15h
301h

Fig. 60


15h
401h
30h
301h
31h
32h
401h
12h
401h
Y
X

Fig. 61




Fig. 62




Fig. 63




Fig. 64




Fig. 65




Fig. 66




Fig. 67




Fig. 68


1k
L
M
31k
32k
M
30k
301k
L
40k

Fig. 69


L-L
1k
301k
50k
102k
101k
301k
32k
31k
40k

Fig. 70




Fig. 71




Fig.72




Fig. 73




Fig.74




Fig. 75




Fig. 76




Fig. 77




Fig. 78

# MOVABLE PUZZLE PLATFORM

## CROSS REFERENCES AND PRIORITIES

This application is a continuation-in-part of U.S. patent application Ser. No. 17/505,587 filed on 19 Oct. 2021, which claims the benefit of Chinese Patent Application Nos. 2021111315541 and 2021223348151 filed on Sep. 26, 2021 and U.S. patent application Ser. No. 17/829,359 filed on 1 Jun. 2022, the contents of each of which are incorporated by reference in their entirety.

## BACKGROUND OF THE PRESENT INVENTION

### Field of Invention

The present invention relates to puzzle game apparatus, and more particularly to a movable puzzle platform, wherein the puzzle platform is configured for retaining all the unfinished pieces and while allowing the player to conveniently play the puzzle.

### Description of Related Arts

Puzzles are devised over the years and are among the most popular board games generally played alone by an individual. It is well known that puzzles are good for the brain. Studies have shown that playing puzzles can improve cognition and visual-spatial reasoning, and can train concentration and patience.

Other than as a means of entertainment and enjoyment, players would like to challenge themselves by playing higher piece counts of the puzzle. Generally speaking, the higher the piece count, the harder the puzzle is. However, a common drawback or a burden for the player is that the finished size of the puzzles is relatively large. For example, a finished size of 1,000 piece puzzles is about 30"×24", a finished size of 5,000 piece puzzles is about 60"×40", and so on. In other words, these puzzles require a relatively large playing surface such as the surface of a table or a puzzle board for putting all the pieces together to form a puzzle figure. Therefore, to play a relatively large puzzle, for example 60"×40" or more, the side length of the puzzle board is longer than the player's arm length that the player is unable to reach the other sides of the puzzle board, so that the player is required to move around the playing surface to put pieces at different directions and portions near each side of the puzzle board. As a skilled player, the strategies for playing the puzzles are configured for sorting the pieces into groups and assembling the border first. Therefore, the player will need to move from one side of the playing surface to another side thereof to play the puzzles. Furthermore, it could take hours, days or even months to compete a larger scale puzzle. One or more puzzle pieces could be missed accidentally or unintentionally. It is sad that the player usually finds out there is a missing piece at the end. Therefore, how to avoid losing any pieces, it is best to find a container to save all the unfinished pieces.

A need exists for a tool that retains all the unfinished pieces and while allowing the player to conveniently play the puzzle. It is to the provision of such a tool that the present disclosure is primarily directed.

## SUMMARY OF THE PRESENT INVENTION

The invention is advantageous in that it provides a movable puzzle platform, wherein the puzzle platform is con-



figured for allowing a player to conveniently play the puzzles. The movable puzzle platform comprises a board assembly comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board. The first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

In the other aspect, the present invention provides another movable puzzle platform comprising a board assembly comprising a puzzle board comprising a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate, a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board, and a restricting wall having a first extending wall upwardly extended from the fixing portion. The first extending wall is integral with a periphery of the first main supporting wall as a whole for forming a first receiving space for fixing the puzzle board.

Still further objects and advantages will become apparent from a consideration of the ensuing description and drawings. These and other objectives, features, and advantages of the present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an illustrative isometric view of a movable puzzle platform according to a first embodiment of the present invention.

FIG. **2** is an exploded perspective view of the movable puzzle platform shown in FIG. **1**.

FIG. **3** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **4** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, a puzzle board and a rotating assembly thereof being removed away.

FIG. **5** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **1**.

FIG. **6** is an illustrative isometric view of the restricting wall and the supporting portion of the movable puzzle platform shown in FIG. **1**, but from another aspect.

FIG. **7** is a cross-sectional view of the movable puzzle platform taken along line A-A of FIG. **1**.

FIG. **8** is a cross-sectional view of the movable puzzle platform taken along line B-B of FIG. **1**.

FIG. **9** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, but from another aspect.

FIG. **10** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, a base and the rotating assembly thereof being removed away.

FIG. **11** is a partially exploded perspective view of the movable puzzle platform shown in FIG. **1**.

FIG. **12** is an illustrative isometric view of the movable puzzle platform shown in FIG. **1**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity, and the base thereof being removed away.

FIG. **13** is a side view of the rotating assembly of the movable puzzle platform shown in FIG. **1**.

FIG. **14** illustrates an alternative mode of a rotating assembly of the movable puzzle platform shown in FIG. **1**.

FIG. **15** is a sectional view of a supplement arrangement of the movable puzzle platform shown in FIG. **1**.

FIG. **16** is an illustrative isometric view of the movable puzzle platform according to a second embodiment of the present invention.

FIG. **17** is an illustrative isometric view of the movable puzzle platform shown in FIG. **16**, but from another aspect.

FIG. **18** is an illustrative isometric view of the movable puzzle platform shown in FIG. **16**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **19** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **16**.

FIG. **20** is an illustrative isometric view of a movable puzzle platform according to a third embodiment of the present invention.

FIG. **21** is an illustrative isometric view of the movable puzzle platform shown in FIG. **20**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **22** is an illustrative isometric view of the movable puzzle platform shown in FIG. **20**, but from another aspect.

FIG. **23** is an illustrative isometric view of a movable puzzle platform according to a fourth embodiment of the present invention.

FIG. **24** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **25** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, two puzzle drawers thereof being pulled out of a corresponding drawer cavity.

FIG. **26** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, three puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **27** is a cross-sectional view of the movable puzzle platform taken along line C-C of FIG. **23**.

FIG. **28** is a cross-sectional view of the movable puzzle platform taken along line D-D of FIG. **23**.

FIG. **29** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **30** is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in FIG. **23**.

FIG. **31** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **32** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **23**.

FIG. **33** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **23**, but from another aspect.

FIG. **34** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line G-G of FIG. **30**.

FIG. **35** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line H-H of FIG. **30**.

FIG. **36** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line I-I of FIG. **30**.

FIG. **37** is an illustrative isometric view of a movable puzzle platform according to a fifth embodiment of the present invention.

FIG. **38** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, illustrating a kickstand being in close position.



FIG. **39** is an illustrative isometric view of the movable puzzle platform shown in FIG. **23**, illustrating the kickstand being in close position, but from another aspect.

FIG. **40** is a side view of the movable puzzle platform shown in FIG. **37**, illustrating the kickstand being pivotally folded to support a board assembly at an inclined manner on a playing place in open position.

FIG. **41** is an illustrative isometric view of a rotating assembly of the movable puzzle platform shown in FIG. **37**.

FIG. **42** is an illustrative isometric view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, but from another aspect.

FIG. **43** is an illustrative isometric view of the rotating assembly of the shown in FIG. **37**, a first moving member thereof being removed away.

FIG. **44** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **37**.

FIG. **45** is an exploded perspective view of the rotating assembly of the movable puzzle platform shown in FIG. **37**, but from another aspect.

FIG. **46** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line E-E of FIG. **41**.

FIG. **47** is a cross-sectional view of the rotating assembly of the movable puzzle platform taken along line F-F of FIG. **41**.

FIG. **48** is an illustrative isometric view of a movable puzzle platform according to a sixth embodiment of the present invention.

FIG. **49** is an illustrative isometric view of the movable puzzle platform shown in FIG. **48**, illustrating a kickstand being in open position.

FIG. **50** a partially exploded perspective view of the movable puzzle platform shown in FIG. **48**.

FIG. **51** is an illustrative isometric view of a movable puzzle platform according to a seventh embodiment of the present invention.

FIG. **52** is a cross-sectional view of the movable puzzle platform taken along line J-J of FIG. **51**.

FIG. **53** is a cross-sectional view of the movable puzzle platform taken along line J-J of FIG. **51**, but from another aspect.

FIG. **54** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, but from another aspect.

FIG. **55** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, puzzle drawers thereof being pulled out of a corresponding drawer cavity.

FIG. **56** is an illustrative isometric view of the movable puzzle platform shown in FIG. **51**, puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **57** is an illustrative isometric view of a restricting wall and a supporting portion of the movable puzzle platform shown in FIG. **51**.

FIG. **58** is an illustrative isometric view of a movable puzzle platform according to an eighth embodiment of the present invention.

FIG. **59** is a cross-sectional view of the movable puzzle platform taken along line K-K of FIG. **58**.

FIG. **60** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, a puzzle board thereof being removed away.

FIG. **61** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, the puzzle board thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **62** is an illustrative isometric view of the movable puzzle platform shown in FIG. **58**, but from another aspect.

FIG. **63** is an illustrative isometric view of a movable puzzle platform according to a ninth embodiment of the present invention.

FIG. **64** is an illustrative isometric view of a movable puzzle platform according to a tenth embodiment of the present invention.

FIG. **65** is an illustrative isometric view of a movable puzzle platform according to an eleventh embodiment of the present invention.

FIG. **66** is an illustrative isometric view of the movable puzzle platform shown in FIG. **65**, but from another aspect.

FIG. **67** is an illustrative isometric view of the movable puzzle platform of the shown in FIG. **65**, a puzzle board and a rotating assembly thereof being removed away and puzzle drawers thereof being partially pulled out of a corresponding drawer cavity.

FIG. **68** is a partially exploded perspective view of the movable puzzle platform shown in FIG. **67**, the puzzle board and the rotating assembly thereof being removed away and the puzzle drawers thereof being removed away.

FIG. **69** is an illustrative isometric view of the movable puzzle platform shown in FIG. **65**, but from another aspect.

FIG. **70** is a cross-sectional view of the movable puzzle platform taken along line L-L of FIG. **69**.

FIG. **71** is a cross-sectional view of the movable puzzle platform taken along line M-M of FIG. **69**.

FIG. **72** is an illustrative isometric view of a movable puzzle platform illustrating another mode of a kickstand being in close position.

FIG. **73** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **72** being in open position.

FIG. **74** is an illustrative isometric view of a movable puzzle platform illustrating a third mode of a kickstand being in close position.

FIG. **75** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **74** being in open position.

FIG. **76** is an illustrative isometric view of a movable puzzle platform illustrating a fourth mode of a kickstand being in open position.

FIG. **77** is an illustrative isometric view of the movable puzzle platform illustrating the kickstand shown in FIG. **76** being in close position.

FIG. **78** is a perspective view of the movable puzzle platform incorporating with the puzzle pieces to form a puzzle game kit according to the above preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The following description is disclosed to enable any person skilled in the art to make and use the present invention. Preferred embodiments are provided in the following description only as examples and modifications will be apparent to those skilled in the art. The general principles defined in the following description would be applied to other embodiments, alternatives, modifications, equivalents, and applications without departing from the spirit and scope of the present invention.

Referring to FIGS. **1** to **15**, a movable puzzle platform **1** according to a first embodiment of the present invention is illustrated, wherein the movable puzzle platform **1** is arranged for a user or a player to assemble a plurality of puzzle pieces **100** thereon. Accordingly, the movable puzzle platform **1** comprises a board assembly **90** and a rotating assembly **20** attached on the board assembly **90**. The board assembly **90** comprises a puzzle board **10** for placing the puzzle pieces **100**, a supplement arrangement **30** attached on the puzzle board **10**, a base **40** attached on the supplement arrangement **30**, and a restricting wall **50** upwardly extended from a peripheral edge of the puzzle board **10**. The rotating assembly **20** is configured for allowing the board assembly **90** sliding on a playing place and provides accessibility for the board assembly **90** to move the board assembly **90** at different planar directions with respect to the playing place. The supplement arrangement **30** is configured not only for storing the puzzle pieces **100** before they are assembled, but also for allowing the player to preassemble and store a section of the puzzle figure with a group of puzzle pieces **100**. The supplement arrangement **30** and the restricting wall **50** are positioned at the two sides of the puzzle board **10**, respectively. Although good results have been shown with the board assembly **90** that is rectangular in shape, it is within the scope of the present invention that numerous other shapes of the board assembly **90** could be used to achieve the desired functionality as described herein. The movable puzzle platform **1** is manufactured from a suitable durable material such as wood combined with durable fiberboard. In another embodiment, a movable puzzle platform could be manufactured from plastic or fiberglass. In yet another embodiment, a puzzle board is made of non-slip felt surfaces to keep the puzzle pieces secure.

The puzzle board **10** with an even thickness may take any shape, such as circular, square, rectangular and so on. According to this embodiment as shown in FIGS. **1-2** and **11**, the puzzle board **10** is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X. Accordingly, the puzzle board defines XY coordinate surface. The puzzle board **10** comprises a puzzle plate **101** for playing the puzzle pieces **100** thereon and a fixing portion **102** extending from the edge of the puzzle plate **101** and connected with the supplement arrangement **30** and the restricting wall respectively. The puzzle plate **101** comprises a flat playing surface **11** and a bottom surface **12** opposite to the playing surface **11**. It is worth mentioning that an area of the playing surface **11** is not smaller than an area of the puzzle pieces **100** being put together. Preferably, the area of the playing surface **11** matches with the area of the puzzle pieces **100** after the puzzle pieces **100** are assembled. In other words, the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **100** after the puzzle pieces **100** are assembled. It is worth mentioning that the puzzle board has a predetermined size adapted for a larger scale puzzle, such as at least 1,000 puzzle pieces, being assembled on the puzzle board **10**.

In this embodiment, the restricting wall **50** is substantially perpendicular to the puzzle board **10** and is generally four-piece type. The restricting wall **50** comprises a first extending wall **51** mounted on the fixing portion **102** and arranged in the longitudinal direction X, a second extending wall **52** mounted on the fixing portion **102** and spaced apart from the first extending wall **51**, a third extending wall **53** mounted on the fixing portion **102** and arranged in the lateral direction Y for connected with the adjacent first and second extending walls **51**, **52**, and a fourth extending wall **54** mounted on the fixing portion **102** and spaced apart from the third extending wall **53** for connected with the adjacent first and second extending walls **51**, **52**. The first and second extending walls **51**, **52** are parallel to each other in the longitudinal direction X. The third and fourth extending

walls **53**, **54** are parallel to each other in the lateral direction Y. The restricting wall **50** is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces **100** off the puzzle plate **101**. Each of extending walls is substantially strip-shaped and connected with the adjacent extending walls for forming the restricting wall **50** having a closed structure. The restricting wall with a closed curve shape is configured for preventing the puzzle pieces fall off from the puzzle board when the board assembly is rotated on the playing place via a rotation movement of the rotating assembly and/or when the board assembly is moved by a user or a player from one place to another. Each of extending walls may be detachably assembled edge-to-edge to form the restricting wall **50**. It is optional that a restricting wall may be an integral unit. Optionally, adjacent extending walls are unconnected with each other. A restricting wall further four arc walls located on four corners of a puzzle plate and smoothly connecting two adjacent extending walls. It is optional that each arc wall is configured to be a part of a circle.

The supplement arrangement **30** comprises a supporting portion **301** connected with the bottom surface **12** of the puzzle plate **101** for forming at least one drawer cavity **31** and at least one puzzle drawer **32** received in the corresponding drawer cavity **31**. The puzzle board **10** of the movable puzzle platform **1** has a thin and big size. A length and/or a width of the puzzle board **10** is much greater than a thickness of the puzzle board **10**, so the supporting portion **301** is configured for improving the structural strength of the puzzle board **10**. The supporting portion **301** is substantially perpendicular to the puzzle board **10** and may take any shape, such as circular, square, rectangular and so on. As shown in FIGS. **1-15**, in this embodiment, the supplement arrangement **30** has six drawer cavities **31** and six puzzle drawers **32** received in the corresponding drawer cavity **31**. The storing capacity of drawers vary as per varying sizes of the puzzle pieces. The drawer cavities **31** comprise four lateral cavities **302** and two longitudinal cavities **303**. The four lateral cavities **302** comprise a first lateral cavity **33**, a second lateral cavity **34**, a third lateral cavity **35** and a fourth lateral cavity **36**. The two longitudinal cavities **303** comprise a first longitudinal cavity **37** and a second longitudinal cavity **38**. In this embodiment, the supporting portion is configured not only for improving the structural strength of the movable puzzle platform, but also for forming the drawer cavities together with the puzzle plate.

The supporting portion **301** comprises a first main supporting wall **311** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X, a second main supporting wall **312** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed opposite to the first main supporting wall **311**, a first dividing supporting wall **313** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed between the first and second main supporting walls **311**, **312**, a second dividing supporting wall **314** attached on the bottom surface **12** of the puzzle board **10** along the longitudinal direction X and disposed between the first and second main supporting walls **311**, **312**, a first inner supporting wall **315** attached on the bottom surface **12** of the puzzle board **10** along the lateral direction Y and connected with the first and second main supporting walls **311**, **312**, and a second inner supporting wall **316** attached on the bottom surface **12** of the puzzle board **10** along the lateral direction Y and connected with the first and second main supporting walls **311**, **312**. The first and second dividing supporting walls **313**, **314** are spaced apart from each other. The first and second inner supporting walls **315**, **316** are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls **313**, **314** and the first and second main supporting walls **311**, **312** are disposed parallel to each other. The first dividing supporting wall **313** connects with the first inner supporting wall **315** and the second dividing supporting wall **314** connects with the second inner supporting wall **316** for forming crossing structures, respectively. The first and second inner supporting walls **315**, **316** are not exposed from the first and second main supporting walls **311**, **312**, respectively.

One end of the first dividing supporting wall **313** is connected with the first inner supporting wall **315** and is substantially perpendicular to the first inner supporting wall **315**, and another end of the first dividing supporting wall **313** and the third extending wall **53** partly overlap in a thickness direction of the board assembly One end of the second dividing supporting wall **314** is connected with the second inner supporting wall **316** and is substantially perpendicular to the second inner supporting wall **316** and another end of the second dividing supporting wall **314** and the fourth extending wall **54** partly overlap in a thickness direction of the board assembly **90**. The first lateral cavity **33** is formed by the first main supporting wall **311** cooperated with the first dividing supporting wall **313** and the first inner supporting wall **315**. The second lateral cavity **34** is formed by the second main supporting wall **312** cooperated with the first dividing supporting wall **313** and the first inner supporting wall **315**. The third lateral cavity **35** is formed by the second main supporting wall **312** cooperated with the second dividing supporting wall **314** and the second inner supporting wall **316**. The fourth lateral cavity **36** is formed by the first main supporting wall **311** cooperated with the second dividing supporting wall **314** and the second inner supporting wall **316**. In this embodiment, the first dividing supporting wall **313** cooperates with the first and second main supporting wall **311**,**312** for varying volumes of the first and second lateral cavities **33**, **34**. Moreover, the second dividing supporting wall **314** cooperates with the first and second main supporting wall **311**, **312** for varying volumes of the third and fourth lateral cavities **35**, **36**.

The supporting portion **30** further comprises a third dividing supporting wall **317** extending from the bottom surface **12** of the puzzle plate **101** along the longitudinal direction X and connected with the first and second inner supporting walls **315**, **316** and a fourth dividing supporting wall **318** extending from the bottom surface **12** of the puzzle plate **101** along the longitudinal direction X and connected with the first and second inner supporting walls **315**, **316**. The third and fourth dividing supporting walls **317**, **318** are located between the first and second inner supporting walls **315**, **316** and spaced apart to each other. The third and fourth dividing supporting walls **317**, **318** are parallel to the first and second main supporting walls **311**, **312**. The first and second main supporting walls and the first through fourth dividing supporting walls are configured for improving the structural strength of the movable puzzle platform along the longitudinal direction X, respectively. The first and second inner supporting walls are configured for improving the structural strength of the movable puzzle platform along the lateral direction Y, respectively. The first and second inner supporting walls and the first through fourth dividing supporting walls are arranged between the first and second main supporting walls, respectively. The main supporting walls and the inner supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar

complementary conformation. The inner supporting walls and the dividing supporting walls can be assembled together by threads, snap-fit, friction fit, screws, rivets or other similar complementary conformation. Optionally, each of the main supporting walls, each of the inner supporting walls and/or each of the dividing supporting walls may be extended in any direction, spaced apart with each other and/or spaced apart from the bottom surface of the puzzle board as long as it is configured for improving the structural strength of the board assembly and/or forming the drawer cavity together with the puzzle plate.

The first main supporting wall **311** comprises a right first part **3111** connected with the first inner supporting wall **315**, a left first part **3112** connected with the second inner supporting wall **316** and spaced apart from the right first part **3111** for forming a first opening **3113**. The first longitudinal cavity **37** is formed by the first and second inner supporting walls **315**, **316** together with the third dividing supporting wall **317**. The first longitudinal cavity **37** is communicated with the first opening **3113**, so that the corresponding puzzle drawer **32** can be slide in-and-out through the first opening **3113**. The second main supporting wall **312** comprises a right second part **3121** connected with the first inner supporting wall **315**, a left second part **3122** connected with the second inner supporting wall **316** and spaced apart from the right second part **3121** for forming a second opening **3123**. The second longitudinal cavity **38** is formed by the first and second inner supporting walls **315**, **316** together with the fourth dividing supporting wall **318**. The second longitudinal cavity **38** is communicated with the second opening **3123**, so that the corresponding puzzle drawer **32** can be slide in-and-out through the second opening **3123**.

According to the first embodiment, the four lateral cavities **302** are formed at the transverse sides of the puzzle board **10** respectively. Particularly, the first and second lateral cavities **33**, **34** are spacedly formed at each of the transverse sides of the puzzle board **10**. The third and fourth lateral cavities **35**, **36** are spacedly formed at each of the other transverse sides of the puzzle board **10**. In other words, two corresponding puzzle drawers **32** are slidably coupled at each of the transverse sides of the puzzle board **10**. Therefore, four puzzle drawers **32** are slidably coupled at the transverse sides of the puzzle board **10**. It is worth mentioning that each puzzle drawer **32** is independently actuated to slide in-and-out of the corresponding lateral cavity **302**. Since the puzzle drawers **32** are slidably coupled at the transverse sides of the puzzle board **10**, each puzzle drawer **32** is relatively long enough and each drawer cavity **31** is deep enough to retain the puzzle drawer **32** therein so as to prevent the puzzle drawer **32** being slid out of the drawer cavity **31** accidentally or unintentionally when moving the puzzle board **10** on the playing surface. Accordingly, a length of each puzzle drawer is slightly smaller than half of the length of the puzzle board between the transverse sides thereof.

Each of the puzzle drawer **32** comprises a rectangular bottom panel **321** slidably received in the corresponding drawer cavity **31**, a front panel **322** extending from the bottom panel **321**, a back panel **323** extending from the bottom panel **321** and opposite to the front panel **322**, a pair of side panels **324** extending from the bottom panel **321** for connected with the front panel **322** and the back panel **323**. Optionally, each of the puzzle drawer **32** further comprises an anti-slipping layer **325** attached the bottom panel **321** for preassembling a group of puzzle pieces **100** to form a section of the puzzle figure and storing the puzzle pieces **100**. Each of drawer cavity **302** comprises a gap **326** formed between the pair of side panels **324** and the corresponding supporting portion **301**, thereby reducing the friction between the pair of side panels **324** and the corresponding supporting portion **301** when each of the puzzle drawer **32** is pulled and slid out of the corresponding drawer cavity **31**.

The supplement arrangement **30** further comprises a drawer holder **304** provided at the puzzle board **10** to retain the puzzle drawers **32** in the drawer cavities **31** respectively. In this embodiment, the drawer holder **304** comprises a first magnetic element **331** provided at an inner wall of the drawer cavity **31** and a second magnetic element **332** provided at the puzzle drawer **32** to magnetically attract with the first magnetic element **331** so as to retain the puzzle drawer **32** in the drawer cavity **31**. Due to the magnetically attracting force between the first and second magnetic elements **331**, **332**, the puzzle drawers **32** are held within the drawer cavities **31** respectively to prevent the puzzle drawer **32** being slid out of the drawer cavity **31** accidentally or unintentionally when moving the puzzle board **10** on the playing place. When a pulling force is applied at one of the puzzle drawers **32** to overcome the magnetically attracting force, the puzzle drawer **32** can be pulled and slid out of the drawer cavity **31**.

In this embodiment, the first extending wall **51** is integral with a periphery of the first main supporting wall **311** as a whole for forming a first monolithic portion **55**. The first monolithic portion **55** comprises a first receiving space **103** for fixing and receiving the fixing portion **102** of the puzzle board **10**. The second extending wall **52** is integral with a periphery of the second main supporting wall **312** as a whole for forming a second monolithic portion **56**. The second monolithic portion **56** comprises a second receiving space **104** for fixing and receiving the fixing portion **102** of the puzzle board **10**. Optionally, a first monolithic portion further comprises a first fixing space positioned below the first receiving space and formed on the first main supporting wall for fixing and receiving one ends of the first and second inner supporting walls, respectively. A second monolithic portion further comprises a second fixing space positioned below the second receiving space and formed on the second main supporting wall for fixing and receiving another ends of the first and second inner supporting walls. When assembled, one ends of the first and second inner supporting walls are inserted into the first fixing space and are not exposed from the first main supporting wall of the first monolithic portion. Another ends of the first and second inner supporting walls are inserted into the second fixing space and are not exposed from the second main supporting wall of the second monolithic portion. The first receiving space is parallel to the first fixing space. The second receiving space is parallel to the second fixing space.

Therefore, the combination of the first extending wall **51**, the puzzle board **10** and the first main supporting wall **311** is stable and reliable. The combination of the second extending wall **52**, the puzzle board **10** and the second main supporting wall **312** is stable and reliable. The combination of first and second inner supporting walls **315**, **316** and the first and second main supporting wall **311**, **312** is stable and reliable. The side of the fixing portion **102** is accommodated in the first and second receiving spaces **103**, **104**, which is not exposed from the first and second monolithic portions **55**, **56**, thus can avoid the puzzle board **10** being removed from the restricting wall **50** and the first and second main supporting walls **311**,**312** under larger exterior impact, or under the condition of failure in gluing. The third extending wall **53** is directly stacked on the fixing portion **102** of the puzzle board **10** and the fourth extending wall **54** is directly

stacked on the fixing portion **102** of the puzzle board **10**. The third and fourth extending walls are stacked on the fixing portion **102** of the puzzle board **10** by suitable chemical or mechanical methods such as but not limited to glue or wood screws, respectively. When assembled, the side of the fixing portion **102** is exposed out of the third and fourth extending walls **53**, **54**, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency.

Referring to FIG. **5**, each of extending walls comprises an inner surface **57**, an outer surface **58** opposite to the inner surface **57**, and a pair of side surfaces **59** connecting the inner and outer surfaces **57**, **58**. The side surface of one extending wall is engaged with the inner surface of the adjacent extending wall. Particularly, the side surface of the third and fourth extending walls are engaged with the inner surface of the adjacent first and second extending walls, respectively. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent extending wall. The third extending wall **53** comprises a third extending body **531** and a pair of third fastening portions **532** projecting from two ends of the third extending body **531** and inserted and fixed in the first and second receiving spaces **103**, **104** for improving the structural strength of the movable puzzle platform **1**. The fourth extending wall **54** comprises a fourth extending body **541** and a pair of fourth fastening portions **542** projecting from two ends of the fourth extending body **541** and inserted and fixed in the first and second receiving spaces **103**, **104** for improving the structural strength of the movable puzzle platform **1**. Optionally, a fastening portion may be provided on the longitudinal extending wall and a receiving space may be provided on the lateral extending wall for receiving and fixing the fastening portion.

The first extending wall **51** and/or the first main supporting wall **311** are/is made of plastic, wood, or metal. When the first extending wall **51** is made of plastic by molding, the first main supporting wall **311** is preferred to be integrally molded on the first extending wall **51** as a whole. When the first extending wall **51** is made of metal by stamping, the first main supporting wall **311** is preferred to be integrally molded on the first extending wall **51** as a whole. If the first extending wall **51** and/or the first main supporting wall **311** are/is made of aluminum, the weight of the movable puzzle platform **1** can be reduced. If the first extending wall **51** and/or the first main supporting wall **311** are/is made of stainless steel or tempered steel, the structural strength of the movable puzzle platform **1** can be improved. If the first extending wall **51** and/or the first main supporting wall **311** are/is made of plastic or wood, the manufacturing cost of the movable puzzle platform **1** can be reduced. The second extending wall **52** has the same structure as the first extending wall **51** and the second main supporting wall **312** has the same structure as the first main supporting wall **311**.

The base **40** is assembled with the supporting portion **301** of the supplement arrangement **30** for supporting the movable puzzle platform **1** on the playing place such as a table surface, a wall surface, a floor surface, and the like or even a support frame for supporting the movable puzzle platform **1** on ground. The base **40** is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and covering the supporting portion **301**. In this embodiment, the bottom panel **321** of each of the puzzle drawer **32** is mounted on the base **40** and slid on the base **40** directly. So, the base is configured not only holding the puzzle drawer **32** and preventing the puzzle drawer **32** from falling off the supporting portion **301**, but also for allowing each of the puzzle drawer **32** to be slid in-and-out of the corresponding drawer cavity **31**. The base **40** is stacked on the supporting portion **301** by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Optionally, a base is integral with at least a part of the supporting portion of the supplement arrangement as a whole for forming a stable and reliable structure.

As shown in FIG. **2**, the puzzle board **10** further comprises an anti-slipping layer **14** overlappedly provided on the playing surface **11** for preventing the puzzle pieces **100** being slipped thereon. Preferably, the anti-slipping layer **14** has a self adhesive bottom surface adhered on the playing surface **11**, wherein the anti-slipping layer **14** can be removed from the playing surface **11** without damaging the playing surface **11** and the anti-slipping layer **14**. Therefore, the anti-slipping layer **14** is reusable to place on the playing surface **11**. Furthermore, the anti-slipping layer **14** serves as a backing layer of the puzzle pieces **100** after the puzzle pieces **100** are assembled.

It is appreciated that electronic puzzle game is provided as software or APP that the user or player can play the puzzle game with a display such as a TV screen, LED screen or computer monitor. However, the player may generally use a smaller screen to play because a relatively larger screen such as 50" or more TV screen supported on a playing surface is difficult for the player to reach all sizes of the screen. In one alternative embodiment, the puzzle board **10** can be embodied as an electronic screen, such as a TV display or LED screen, and the playing surface **11** is the screen surface that serves as puzzle floor for the player to select and put puzzle piece images together, wherein the rotating assembly **20** is mounted to the bottom of the electronic board assembly **90** for allowing the electronic board assembly **90** to smoothly slide on the playing place that provides accessibility for moving the electronic board assembly **90** at different planar directions with respect to the playing place.

As shown in FIGS. **2**, **9** and **13-15**, the rotating assembly **20** comprises a first moving member **21** coupled at the base **40** and a second moving member **22** rotatably coupled to the first moving member **21**. It is worth mentioning that the rotating assembly **20** is preferred to be coupled coaxially with a center of gravity of the board assembly **90**, for example at a center portion of the board assembly **90**, such that the board assembly **90** can be moved on the playing place in a balancing manner.

According to this embodiment of the present invention, the board assembly **90** is adapted for being self-rotated 360° on the playing place via a rotation movement between the first and second moving members **21**, **22**. In other words, the user is able to selectively rotate the board assembly **90** from one longitudinal side to another opposed longitudinal side or to any one of the shorter transverse sides without walking around the board assembly **90**. For example, the user is able to assemble one puzzle piece **100** at one side of the board assembly **90** and to rotate the board assembly **90** at 180° in order to assembly another puzzle piece **100** at an opposed side of the board assembly **90**, so as to speed up the assembling time of the puzzle pieces **100**. It should be understood that a rotating angle of the puzzle board **10** can be adjusted to be smaller than 360°.

In this embodiment, the rotating assembly **20** is detachably coupled at the base **40**. As shown in FIGS. **2**, **9** and **13-15**, the rotating assembly **20** comprises a plurality of coupling members **25** extended from the first moving member **21** to detachably couple at the base **40**. Preferably, the

coupling members **25** are integrally extended from an inner circumferential surface of the first ring member, i.e. the first moving member **21**, wherein each of the coupling members **25** has a coupling slot formed thereon to detachably couple at the base **40** by inserting screws through the coupling slot to the base **40**. It is worth mentioning that a plurality of screw holes are formed at the base **40**, such that the screws can engage with the screw holes through the coupling slot to couple the rotating assembly **20** at the base **40**.

The rotating assembly **20** further comprises a second bearing unit **24** provided at a bottom side of the second moving member **22** for sliding the puzzle board **10** on the playing surface at different planar directions via the second moving member **22**. Via the second bearing unit **24** at the second moving member **22**, the puzzle board **10** is able to selectively slide on the playing place at any direction with respect to the XY coordinate surface. Via the first bearing unit **23**, the puzzle board **10** is able to selectively rotate on the playing surface with respect to XY coordinate surface. In other words, the puzzle board **10** is able to freely move at XY coordinate surface, so as to adjust the planer angle of the puzzle board **10** with respect to the user conveniently.

Alternatively, as shown in FIG. **14**, the rotating assembly **20** further comprises one or more first coupling elements **25**A spacedly provided on the base **40**, and one or more second coupling elements **26**A spacedly provided at the first moving member **21** to detachably couple the first coupling elements **25**A so as to detachably couple the rotating assembly **20** at the base **40**. Preferably, the first and second coupling elements **25**A, **26**A are magnetic elements adapted for magnetically attracting with each other. The first coupling elements **25**A are aligned in a ring shaped on the base **40**. The second coupling elements **26**A are provided on a playing surface of the first ring member, i.e. the first moving member **21**, wherein the first and second coupling elements **25**A, **26**A are aligned with each other and are magnetically attracted with each other to detachably couple the rotating assembly **20** at the base **40**.

The rotating assembly **20** is coupled with the base **40** and made of plastic or metal and so on. In this embodiment, the first and second moving members **21**, **22** are first and second ring members respectively coaxially engaged with each other. In other words, a diameter of the first moving member **21** is smaller than a diameter of the second moving member **22**. The rotating assembly **20** further comprises a first bearing unit **23** coupled between the first and second moving members **21**, **22**, such that when the first moving member **21**, i.e. the first ring member, is rotated within the second moving member **22**, i.e. the second ring member, the board assembly **90** is self-rotated 360° on the playing place. Particularly, an outer circumferential surface of the first moving member **21** is engaged with an inner circumferential surface of the second moving member **22** via the first bearing unit **23** to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21**.

The rotating assembly **20** further comprises a plurality of friction pads **28** intervally attached on the second moving member **22** for enhancing relative friction between the second moving member **22** and the playing place and ensuring the position of the movable puzzle platform **1**, so that the board assembly **90** is in rotatable state. The rotating assembly with friction pads is easy to conveniently control the board assembly compared with castors or other similar swivel-type wheels attached on the board assembly.

FIGS. **16-19** show a movable puzzle platform **1***a* of a second embodiment of the present invention. A movable puzzle platform **1***a* according to the second embodiment of the present invention is illustrated, wherein the movable puzzle platform **1***a* is arranged for a user or a player to assemble a plurality of puzzle pieces **100***a* thereon. Accordingly, the movable puzzle platform **1***a* comprises a board assembly **90***a* and a rotating assembly **20***a* attached on the board assembly **90***a*. The board assembly **90***a* comprises a puzzle board **10***a*, a supplement arrangement **30***a* attached on the puzzle board **10***a*, a base **40***a* attached on the supplement arrangement and a restricting wall **50***a* upwardly extended from a peripheral edge of the puzzle board **10***a*.



The second embodiment is similar to the first embodiment of the present invention except that: (1) The restricting wall **50***a* is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board **10***a* can be omitted, so the restricting wall **50***a* is an unclosed structure for forming a surrounding opening **501***a*. (2) Two longitudinal cavities can be omitted. The supplement arrangement **30***a* has four lateral drawer cavities **302***a* and four puzzle drawers **32***a* received in the corresponding drawer cavity **302***a*.

In this embodiment, the restricting wall **50***a* is substantially perpendicular to the puzzle board **10***a* and comprises a first extending wall **51***a* mounted on the puzzle board **10***a* and arranged in the longitudinal direction X, a second extending wall **52***a* mounted on the puzzle board **10***a* and spaced apart from the first extending wall **51***a*, and a third extending wall **53***a* mounted on the puzzle board **10***a* and arranged in the lateral direction Y for connected with the adjacent first and second extending walls **51***a*, **52***a*. The first and second extending walls **51***a*, **52***a* are parallel to each other in the longitudinal direction X. The surrounding opening **501***a* is configured for providing comfort for the player's arm while using the board assembly **90***a* while seated at the surrounding opening **501***a*. The assembled puzzle pieces **100** can be removed out completely via the surrounding opening **501***a*. It is optional that any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all the extending walls can be omitted. The restricting wall **50***a* can be easily disassembled and reassembled from the puzzle board **10***a*.

FIGS. **20-22** show a movable puzzle platform **1***b* of a third embodiment of the present invention. A movable puzzle platform **1***b* according to the third embodiment of the present invention is illustrated, wherein the movable puzzle platform **1***b* comprises a puzzle board **10***b*, a rotating assembly **20***b* attached on the puzzle board **10***b*, a supplement arrangement **30***b* attached on the puzzle board **10***b*, a base **40***b* attached on the supplement arrangement **30***b*, and a restricting wall **50***b* upwardly extended from a peripheral edge of the puzzle board **10***b*.

The third embodiment is similar to the first embodiment of the present invention except that the restricting wall **50***b* is generally three-piece type. At least one extending wall can be omitted. In this embodiment, an extending wall located on a shorter transverse side of a puzzle board can be omitted, so the restricting wall **50***b* is an unclosed structure for forming a surrounding opening **501***b*. In this embodiment, the restricting wall **50***b* is substantially perpendicular to the puzzle board **10***b* and comprises a first extending wall **51***b* mounted on the puzzle board **10***b* and arranged in the longitudinal direction X, a second extending wall **52***b* mounted on the puzzle board **10***b* and spaced apart from the first extending wall **51***b*, and a third extending wall **53** mounted on the puzzle board **10***b* and arranged in the lateral direction Y for connected with the adjacent first and second

extending walls **51**_b_, **52**_b_. The first and second extending walls **51**_b_, **52**_b_ are parallel to each other in the longitudinal direction X. The surrounding opening **501**_a_ is configured for the convenience of the player's arm is supported directly on the puzzle board **10**. Optionally, any one of the four extending walls can be omitted, or any two or three extending walls can be omitted, or all extending walls can be omitted.

FIGS. **23-36** show a movable puzzle platform **1**_d_ of a fourth embodiment of the present invention comprises a board assembly **90**_d_ and a rotating assembly **20**_d_ attached on the board assembly **90**_d_. The board assembly **90**_d_ comprises a puzzle board **10**_d_, a supplement arrangement **30**_d_ attached on the puzzle board **10**_d_, and a restricting wall **50**_d_ upwardly extended from a peripheral edge of the puzzle board **10**_d_. The puzzle board **10**_d_ comprises a puzzle plate **101**_d_ with a bottom surface **12**_d_ for playing the puzzle pieces **100**_d_ thereon. The supplement arrangement **30**_d_ comprises at least one puzzle drawer **32**_d_, at least one drawer cavity **31**_d_ for receiving the corresponding puzzle drawer **32**_d_, and a supporting portion **301**_d_ connected with the bottom surface **12**_d_ of the puzzle plate **101**_d_ for forming the drawer cavity **31**_d_.

The four embodiment is similar to the first embodiment of the present invention except that the movable puzzle platform **1**_d_ further comprises a complementary conformation **80**_d_ provided between the puzzle drawer **32**_d_ and the corresponding supporting portion **301**_d_ for holding the puzzle drawer **32**_d_ and preventing the puzzle drawer **32**_d_ from falling off the supporting portion **301**_d_, so a base can be omitted and the rotating assembly **20**_d_ is directly attached on the supplement arrangement **30**_d_. Each of the puzzle drawer **32**_d_ comprises a rectangular bottom panel **321**_d_ slidably received in the corresponding drawer cavity **31**_d_ and a pair of side panels **324**_d_ extending from the bottom panel **321**_d_. The complementary conformation **80**_d_ comprises a pair of engaging portions **326**_d_ extending outwardly from a pair of side panels **324**_d_ towards the corresponding supporting portion **301**_d_ and a pair of engaging slots **305**_d_ provided on the corresponding supporting portion **301**_d_ for receiving the corresponding engaging portions **326**_d_. In usage state, each of the engaging portions **326**_d_ is configured for smoothly sliding in the corresponding engaging slot **305**_d_. The extending direction of the slots **305**_d_ is parallel to that of the corresponding supporting portion **301**_d_.

The supporting portion **301**_d_ further comprises a pair of main supporting walls **311**_d_, a first inner supporting portions **315**_d_ attached on the bottom surface **12**_d_ of the puzzle board **10**_d_ along the lateral direction Y and positioned between the pair of main supporting walls **311**_d_, and a second inner supporting wall **316**_d_ attached on the bottom surface **12**_d_ of the puzzle board **10**_d_ along the lateral direction Y, a first dividing supporting wall **313**_d_ attached on the bottom surface **12**_d_ of the puzzle board along the longitudinal direction X and extending from the first inner supporting portion **315**_d_ away from the second inner supporting wall **316**_d_, a second dividing supporting wall **314**_d_ attached on the bottom surface **12**_d_ of the puzzle board **10**_d_ along the longitudinal direction X and extending from the second inner supporting portion **316**_d_ away from the first inner supporting wall **315**_d_, a third dividing supporting wall **317**_d_ extending from the bottom surface **12**_d_ of the puzzle board **10**_d_ along the longitudinal direction X and connected with the first and second inner supporting walls **315**_d_, **316**_d_ and a fourth dividing supporting wall **318**_d_ extending from the bottom surface **12**_d_ of the puzzle board **10**_d_ along the longitudinal direction X and connected with the first and second inner supporting walls **315**_d_, **316**_d_. An outer diameter of the rotating assembly **20**_d_ is greater than a distance from the first inner supporting wall **315**_d_ to the second inner supporting wall **316**_d_. The rotating assembly **20**_d_ is connected with the first and second inner supporting portions **315**_d_, **316**_d_ and the first through fourth dividing supporting walls **313**_d_, **314**_d_, **317**_d_, **318**_d_, respectively. The first and second inner supporting walls **315**_d_, **316**_d_ are exposed from the main supporting walls **311**_d_, respectively. Optionally, each of engaging slots is long enough to retain a corresponding supporting portion therein so as to improve the structural strength of a movable puzzle platform, such that an inner supporting wall is able to be inserted into the corresponding engaging slot of the main supporting wall or the dividing supporting wall is able to be inserted into the corresponding engaging slot of the inner supporting wall.



The rotating assembly **20**_d_ comprises a first moving member **21**_d_ coupled at the supporting portion **301**_d_ of the supplement arrangement **30**_d_, a second moving member **22**_d_ rotatably coupled to the first moving member **21**_d_, and a bearing unit **23**_d_ coupled between the first and second moving members **21**_d_, **22**_d_. The bearing unit **23**_d_ is constructed to have a holding ring **231**_d_ and a plurality of ball bearings **232**_d_ spacedly retained at the holding ring **231**_d_ in a rotatable manner, such that when the holding ring **231**_d_ is coaxially held between the first and second moving members **21**_d_, **22**_d_, the ball bearings **232**_d_ are rotatably sandwiched between the first and second moving members **21**_d_, **22**_d_ so as to enable the first and second moving members **21**_d_, **22**_d_ being coaxially moved with each other. In this embodiment, the first moving member **21**_d_ is rotatably and mounted to the second moving member **22**_d_ by the bearing unit **23**_d_, thereby enabling the puzzle board **10**_d_ to be self-rotated on the playing place. In one embodiment, a ratio of an inner diameter of the first moving member to an outer diameter of the first moving member is in a range of 0.95 to 0.5, a ratio of an inner diameter of the second moving member to an outer diameter of the second moving member is in a range of 0.95 to 0.5.

The first moving member **21**_d_ comprises a flat first middle portion **211**_d_, a first projecting portion **212**_d_ extending from the center of the first middle portion **211**_d_ toward the second moving member **22**_d_, a first rolling surface **213**_d_ provided on the first projecting portion **212**_d_ for directly engaging with the ball bearings **232**_d_, a pair of first engaging wall **214**_d_ extending from the first middle portion **211**_d_ and spaced apart from the first projecting portion **212**_d_ and a first engaging body **215**_d_ projecting from the first engaging wall **214**_d_ toward the second moving member **22**_d_. The second moving member **22**_d_ comprises a flat second middle portion **221**_d_, a second projecting portion **222**_d_ extending from the center of the second middle portion **221**_d_ toward the first moving member **21**_d_, a second rolling surface **223**_d_ provided on the second projecting portion **221**_d_ for engaging with the ball bearings **232**_d_, a pair of second engaging wall **224**_d_ extending from the second middle portion **221**_d_ and spaced apart from the second projecting portion **222**_d_ and a second engaging body **225**_d_ projecting from the second engaging wall **224**_d_ and constantly engaged with the first engaging body **215**_d_ to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21**. The first and second rolling surfaces **213**_d_,**223**_d_ may be a ring-shaped groove. Optionally, the first and second rolling surfaces can be omitted. Ball bearings are engaged with a first projecting portion and a second projecting portion directly. The rotating assembly **20** further comprises a plurality of friction pads **28**_d_ intervally attached on the second moving member **22** and/or the first moving member **21** for enhancing relative friction between the

second moving member **22** and the playing place and/or the board assembly **90** and the first moving member **21** and ensuring the position of the movable puzzle platform **1***d*, so that the board assembly **90** is in rotatable state.

The holding ring **231***d* is a substantially flat ring, which is a whole entirety ring and indivisible, and comprises a retaining ring **26***d* having a diameter generally equal to the circular first and second rolling surfaces **213***d*, **223***d*, a plurality of retaining base **24***d* intervally and integrally protruded on one side of the retaining ring **26***d* and a plurality of retaining holes **25***d* drilled completely through the corresponding retaining base **24***d* for the plurality of ball bearings **232***d* being rotatably retained therein respectively. Each of the retaining holes **25***d* comprises a pair of locking openings **251***d* spaced apart from each other and a connecting hole **252***d* integrally and smoothly connected with the pair of locking openings **251***d* and coaxial with respect to the locking openings **251***d*. An upper surface of the retaining holes **25***d* is coplanar with that of the retaining ring **26***d*. Diameters of the locking openings **251***d* are slightly smaller than that of the ball bearings **232***d* so as to lock the plurality of ball bearings **232***d* in position respectively while allowing the plurality of ball bearings **232***d* in a free rolling manner. The connecting hole **252***d* is slightly greater than of ball bearings **232***d* for receiving the ball bearings **232***d* in a rollable manner. In this embodiment, a side edge of the retaining ring **26***d* is aligned with that of the first and second projecting portions **212***d*, **222***d*, respectively.

FIGS. **37**-**47** show a movable puzzle platform **1***e* of a fifth embodiment of the present invention comprises a board assembly **90***e* and a rotating assembly **20***e* attached on the board assembly **90***e*. The board assembly **90***e* comprises a puzzle board **10***e*, a supplement arrangement **30***e* attached on the puzzle board **10***e*, and a restricting wall **50***e* upwardly extended from a peripheral edge of the puzzle board **10***e*.

The supplement arrangement **30***e* comprises a supporting portion **301***e* connected with a bottom surface **12***e* of the puzzle board **10***e* for forming at least one drawer cavity **31***e* and at least one puzzle drawer **32***e* received in the corresponding drawer cavity **31***e*. The supporting portion **301***e* comprises a first main supporting wall **311***e* attached on the bottom surface **12***e* of the puzzle board **10***e* along the longitudinal direction X, a second main supporting wall **312***e* attached on the bottom surface **12***e* of the puzzle board **10** along the longitudinal direction X and disposed opposite to the first main supporting wall **311***e*, a first dividing supporting wall **313***e* attached on the bottom surface **121***e* of the puzzle board **10***e* along the longitudinal direction X and disposed between the first and second main supporting walls **311***e*, **312***e*, a second dividing supporting wall **314***e* attached on the bottom surface **12***e* of the puzzle board **10***e* along the longitudinal direction X and disposed between the first and second main supporting walls **311***e*, **312***e*, a first inner supporting wall **315***e* attached on the bottom surface **12***e* of the puzzle board **10***e* along the lateral direction Y and connected with the first and second main supporting walls **311***e*, **312***e*, and a second inner supporting wall **316***e* attached on the bottom surface **12***e* of the puzzle board **10***e* along the lateral direction Y and connected with the first and second main supporting walls **311***e*, **312***e*. The first and second dividing supporting walls **313***e*, **314***e* are spaced apart from each other. The first and second inner supporting walls **315***e*, **316***e* are spaced apart from each other and disposed parallel to each other for forming a supporting space **319***e*. The first and second dividing supporting walls **313***e*, **314***e* and the first and second main supporting walls **311***e*, **312***e* are disposed parallel to each other. The first dividing supporting wall **313***e* connects with the first inner supporting wall **315***e* and the second dividing supporting wall **314***e* connects with the second inner supporting wall **316***e*.



The movable puzzle platform **1***e* further comprises a kickstand **15** pivotally coupled at the board assembly **90***e*. The kickstand **15** is manufactured from a suitable durable material such as wood, plastic, fiberglass or metal. In this embodiment, the kickstand **15** is collapsible and pivotally coupled at the supplement arrangement **30***e*. Particularly, one end of the kickstand **15** is pivotally coupled at the supplement arrangement **30***e* while a free end of the kickstand **15** is adapted to pivotally fold from the puzzle board **10***e* to support on a playing place. Therefore, when the kickstand **15** is pivotally folded on the puzzle board **10***e*, the board assembly **90***e* is movable on the playing place via the rotating assembly **20***e*. In another words, in open position, the kickstand **15** is pivotally folded for supporting on the playing place and the puzzle board **10***e* is inclined and supported on the playing place. The open position is the desired position for the user of the movable puzzle platform **1***e* during the assembly process. In closed position, the kickstand **15** is pivotally received in the supporting space **319***e* of the supporting portion **301***e* and substantially parallel to the board assembly **90***e*. This position is desirable for storage, movement and transportation of the movable puzzle platform **1***e*. The kickstand **15** having a generally H-shaped and comprises a first supporting arm **151** pivotally coupled at the first inner supporting wall **315***e*, a second supporting arm **152** parallel to the first supporting arm **151** and pivotally coupled at the second inner supporting wall **316***e*, at least one fastening arm **153** detachably connected with the first and second supporting arms **151**, **152**. Each of the supporting arms **151**, **152** is capable of detachably fastening to the corresponding inner supporting walls **315***e*, **316***e*. An extending direction of the first supporting arm **151** is different from that of the fastening arm **153**. Optionally, when a board assembly of a movable puzzle platform further comprise a base, a kickstand may pivotally coupled at the base directly.

The supporting portion **30** further comprises a third dividing supporting wall **317***e* extending from the bottom surface **12***d* of the puzzle board **10***e* along the longitudinal direction X and connected with the first and second inner supporting walls **315***e*, **316***e* and a fourth dividing supporting wall **318***e* extending from the bottom surface **12***e* of the puzzle board **10***e* along the longitudinal direction X and connected with the first and second inner supporting walls **315***e*, **316***e*. The supporting space **319***e* is formed by the first and second inner supporting walls **315***e*, **316***e* and the third and fourth dividing supporting walls **317***e*, **318***e*. Optionally, the first and second supporting arms may pivotally couple at the third or fourth dividing supporting wall.

In this embodiment, the rotating assembly **20***e* is coupled with the kickstand and comprises a first moving member **21***e* coupled at the kickstand **40***e* and a second moving member **22***e* rotatably coupled to the first moving member **21***e*. It is worth mentioning that the rotating assembly **20***e* is preferred to be coupled coaxially with a center of gravity of the board assembly **90***e*, such that the puzzle board **10***e* can be moved on the playing place in a balancing manner. The rotating assembly **20***e* further comprises a plurality of ball bearings **23***e* rotatably sandwiched between the first and second moving members **21***e*, **22***e*, such that when the first moving member **21***e* is rotated within the second moving member **22***e*, the board assembly **90***e* is self-rotated 360° on the playing place.

The first moving member **21***e* comprises a first middle portion **211***e*, an inclining portion **212***e* extending downwardly from the periphery of the first middle portion **211***e* and surrounding the first middle portion **211***e* for avoiding the first moving member **21***e* colliding with the puzzle board **10***e* of the board assembly **90***e*, a first projecting portion **213***e* extending upwardly from the periphery of the inclining portion **212***e* and surrounding the inclining portion **212***e*, and an edge portion **214***e* extending the periphery of the first projecting portion **213***e* and away from the first middle portion **211***e*. The second moving member **22***e* comprises a second middle portion **221***e*, a second projecting portion **223***e* extending downwardly from the periphery of the second middle portion **212***e* away from the first projecting portion **213***e*, and a bending portion **224***e* bent upward from the periphery of the second projecting portion **213***e* for forming an accommodating space **225***e* for receiving the edge portion **214***e*. The bending portion **224***e* is unconnected with the edge portion **214***e* for forming a rotating gap **226***e* to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21** and preventing the first moving member **21***e* detaching from the second moving member **22***e*. The accommodating space **225***e* cooperated with the rotating gap **226***e* is configured to supply sufficient rotating space for the edge portion **214***e* of the first moving member **21***e*. The first moving member **21***e* and a second moving member **22***e* is substantially circular platy shape. The first moving member **21***e* further comprises a first through hole **210***e* provide on the first middle portion **211***e* for greatly reducing material cost. The second moving member **22***e* further comprises a second through hole **220***e* provide on the second middle portion **221***e* for greatly reducing material cost. The rotating assembly **20***e* is made of aluminum, stainless steel by metal stamping techniques. Optionally, a bending portion is connected with the edge portion as long as a second moving member is coaxially rotated with respect to a first moving member and preventing the first moving member detaching from the second moving member.

In order to completely open the kickstand **15** from the puzzle board **10***e* and avoid the rotating assembly **20***e* colliding with the puzzle board **10***e*, an outer diameter D**1** of the rotating assembly **20***e* is slightly smaller than lengths H**1** of the supporting arms **151**, **152**. In order to receive the kickstand **15**, a length of the supporting space **319***e* is not smaller than a distance between the supporting arms **151**, **152**.

The first and second projecting portions **213***e*, **223***e* are spaced apart from each other for forming a holding space **227***e*. The plurality of ball bearings **23***e* retained at the holding space **227***e* in a rotatable manner, such that when the ball bearings **23***e* are rotatably sandwiched between the first and second moving members **21***e*, **22***e*, so as to enable the first and second moving members **21***e*, **22***e* being coaxially moved with each other. An inner circumferential surface of the first moving member **21***e* is engaged with an inner circumferential surface of the second moving member **22***e* via the ball bearings **23***e* to enable the second moving member **22***e* being coaxially rotated with respect to the first moving member **21***e*. In usage state, referring to FIGS. **46-47**, adjacent ball bearings **23***e* may be engaged with each other or spaced apart from each other as long as the ball bearings **23***e* are in constantly contact with a top inner surface of the first projecting portion **213***e* and the bottom inner surface of the second projecting portion **223***e* to effectively enable the first and second moving members **21***e*, **22***e* being coaxially moved with each other.



The rotating assembly **20***e* further comprises a plurality of friction pads **28***e* intervally attached on the second moving member **22***e* and/or the first moving member **21***e* for enhancing relative friction between the second moving member **22***e* and the playing place and/or the board assembly **90***e* and the first moving member **21***e* and ensuring the position of the movable puzzle platform **1***e*, so that the board assembly **90***e* is in rotatable state.

FIGS. **48-50** show a movable puzzle platform **1***c* of a sixth embodiment of the present invention comprises a board assembly **90***g*, a kickstand **15***g* pivotally coupled at the board assembly **90***g* and a rotating assembly **20***g* attached on the kickstand **15***g*. The board assembly **90***g* comprises a puzzle board **10***g*, a supplement arrangement **30***g* attached on the puzzle board **10***e*, and a restricting wall **50***g* upwardly extended from a peripheral edge of the puzzle board **10***g*. The sixth embodiment is similar to the fifth embodiment of the present invention except that: the board assembly **90***g* further comprises a base **40***g*. The base **40***g* comprises a base portion **401***g* covered on the supplement arrangement **30***g* and a base opening **402***g* surrounded by the base portion **401***g* and provided in a center of the base **40***g* for avoiding the kickstand **15***g* colliding with the base portion **401***g*.

FIGS. **51-57** show a movable puzzle platform if of a seventh embodiment of the present invention, wherein the movable puzzle platform if is arranged for a user or a player to assemble a plurality of puzzle pieces **100***f* thereon. The movable puzzle platform if comprises a board assembly **90***f* and a rotating assembly **20***f* attached on the board assembly **90***f*. The board assembly **90***f* comprises a puzzle board **10***f*, a supplement arrangement **30***f* attached on the puzzle board **10***f*, and a restricting wall upwardly extended from the puzzle board **10***f*. The puzzle board **10***f* comprises a puzzle plate **101***f* and a fixing portion **102***f* extending from the edge of the puzzle plate **101***f*. The puzzle plate **101***f* comprises a flat playing surface **11***f* and a bottom surface **12***f* opposite to the playing surface **11***f*. The puzzle board **10***f* is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

In this embodiment, the restricting wall **50***f* is substantially perpendicular to the puzzle board **10***f* and is generally four-piece type. The restricting wall **50***f* comprises a first extending wall **51***f* mounted on the fixing portion **102***f* and arranged in the longitudinal direction X, a second extending wall **52***f* mounted on the fixing portion **102***f* and spaced apart from the first extending wall **51***f*, a third extending wall **53***f* mounted on the fixing portion **102***f* and arranged in the lateral direction Y for connected with the adjacent first and second extending walls **51***f*, **52***f*, and a fourth extending wall **54***f* mounted on the fixing portion **102***f* and spaced apart from the third extending wall **53***f* for connected with the adjacent first and second extending walls **51***f*, **52***f*. The first and second extending walls **51***f*, **52***f* are parallel to each other in the longitudinal direction X. The third and fourth extending walls **53***f*, **54***f* are parallel to each other in the lateral direction Y. The restricting wall **50***f* is configured for preventing the players from accidentally or unintentionally pushing the puzzle pieces **100***f* off the puzzle plate **1***f*.

The supplement arrangement **30***f* comprises a supporting portion **301***f* connected with the bottom surface **12***f* of the puzzle plate **101***f* for forming at least one drawer cavity **31***f* and at least one puzzle drawer **32***f* received in the corresponding drawer cavity **31***f*. The supporting portion **301***f* comprises a first main supporting wall **311***f* attached on the bottom surface **12***f* of the puzzle board **10***f* along the

longitudinal direction X, a second main supporting wall **312***f* attached on the bottom surface **12***f* of the puzzle board **10** along the longitudinal direction X and disposed opposite to the first main supporting wall **311***f*, a first dividing supporting wall **313***f* attached on the bottom surface **12***f* of the puzzle board **10***f* along the longitudinal direction X and disposed between the first and second main supporting walls **311***f*, **312***f*, a second dividing supporting wall **314***f* attached on the bottom surface **12***f* of the puzzle board **10***f* along the longitudinal direction X and disposed between the first and second main supporting walls **311***f*, **312***f*, a first inner supporting wall **315***f* attached on the bottom surface **12***f* of the puzzle board **10***f* along the lateral direction Y and connected with the first and second main supporting walls **311***f*, **312***f*, and a second inner supporting wall **316***f* attached on the bottom surface **12***f* of the puzzle board **10***f* along the lateral direction Y and connected with the first and second main supporting walls **311***f*, **312***f*. The first and second dividing supporting walls **313***f*, **314***f* are spaced apart from each other. The first and second inner supporting walls **315***f*, **316***f* are spaced apart from each other and disposed parallel to each other. The first and second dividing supporting walls **313***f*, **314***f* and the first and second main supporting walls **311***f*, **312***f* are disposed parallel to each other. The first dividing supporting wall **313***f* connects with the first inner supporting wall **315***f* and the second dividing supporting wall **314***f* connects with the second inner supporting wall **316***f*.

The restricting wall **50***f* and the fixing portion **102***f* of the puzzle board **10***f* are successively stacked on the supporting portion **301***f* by suitable chemical or mechanical methods such as but not limited to glue or wood screws. Particularly, the first extending wall **51***f* and the fixing portion **102***f* of the puzzle board **10***f* are successively stacked on the first main supporting wall **311***f*. The second extending wall **52***f* and the fixing portion **102***f* of the puzzle board **10***f* are successively stacked on the second main supporting wall **312***f*. The third extending wall **53***f* is directly stacked on the fixing portion **102***f* of the puzzle board **10***f* and the fourth extending wall **54***f* is directly stacked on the fixing portion **102***f* of the puzzle board **10***f*. When assembled, the side of the fixing portion **102***f* is exposed out of the first through fourth restricting walls **51***f*-**54***f* and the first and second main supporting wall **311***f*, **312***f*, thus reducing difficulties in assembling of the movable puzzle platform and improving manufacturing efficiency. Each of extending walls comprises an inner surface **57***f*, an outer surface **58***f* opposite to the inner surface **57***f*, and a pair of side surfaces **59***f* connecting the inner and outer surfaces **57***f*, **58***f*. The side surface of the extending wall is engaged with the side surface of the adjacent extending wall. Particularly, the side surface of the first and second extending walls **51***f*, **52***f* are engaged with the side surface of the adjacent third and fourth extending walls **53***f*, **54***f*, respectively.

The base **40***f* is stacked on the supporting portion **301***f* of the supplement arrangement **30** by glue. The base **40***f* is generally the type of one-piece with a whole entirety platy shape and have a rectangular shape for matching and coving the supporting portion **301**. In this embodiment, the rotating assembly **20** is directly mounted on the base **40***f*. Each of the puzzle drawer **32***d* comprises a rectangular bottom panel **321***d* slidably received in the corresponding drawer cavity **31***d* and slid on the base **40** directly.

FIGS. **58-62** show a movable puzzle platform **1***h* of an eighth embodiment of the present invention, wherein the movable puzzle platform **1***h* is arranged for a user or a player to assemble a plurality of puzzle pieces **100***h* thereon. The movable puzzle platform **1***h* comprises a board assembly **90***h*, a kickstand **15***h* pivotally coupled at the board assembly **90***h* and a rotating assembly **20***h* attached on the kickstand **15***h*. The board assembly **90***h* comprises a puzzle board **10***h*, a supplement arrangement **30***h* attached on the puzzle board **10***h*, and a restricting wall **50***h* upwardly extended from the puzzle board **10***h*. The puzzle board **10***h* comprises a puzzle plate **101***h* and a fixing portion **102***h* extending from the edge of the puzzle plate **101***h*. The puzzle plate **101***h* comprises a flat playing surface **11***h* and a bottom surface **12***h* opposite to the playing surface **11***h*. The puzzle board **10***h* is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

The supplement arrangement **30***h* comprises a supporting portion **301***h* connected with the bottom surface **12***h* of the puzzle plate **101***h* for forming at least one drawer cavity **31***h* and at least one puzzle drawer **32***h* received in the corresponding drawer cavity **31***h*. The base **40***h* comprises a plurality of holding portions **401***h* with same shape arranged on the corresponding supporting portion **301***h* and positioned spaced from each other. Each of the holding portions **401***h* is substantially strip-shaped and connected with the corresponding supporting portion **301***h* for form a L-shaped structure. Each of the puzzle drawer **32***h* is partly exposed from the corresponding holding portions **401***h*. The holding portions **401***h* are integral with the corresponding supporting portion **301***h* as a whole. It is optional that the plurality of holding portions of the base is detachably stacked on the corresponding supporting portion by glue. Each of the holding portions **401***h* is not only holding the puzzle drawer **32** and preventing the puzzle drawer **32** from falling off the supporting portion, but also for allowing each of the puzzle drawer **32** to be slid thereon. Particularly, referring to FIG. **62**, the plurality of holding portions **401***h* of the base are integral with the corresponding supporting portion **301***h* and the restricting wall **50***h* as a whole.

Referring to FIG. **63**, show a movable puzzle platform **1***i* of a ninth embodiment of the present invention. The ninth embodiment is similar to the fourth embodiment of the present invention except that an outer diameter of a rotating assembly **20***i* is smaller than a distance from a first inner supporting wall **315***i* to a second inner supporting wall **316***i*. A supporting portion further comprises at least one fixing arm **329***i* arranged between a third dividing supporting wall **317***i* and a fourth dividing supporting wall **318***i*. The rotating assembly **20***i* is connected with the fixing arm **329***i* and the third and fourth dividing supporting walls **317***i*, **318***i*, respectively.

Referring to FIG. **64**, show a movable puzzle platform **1***j* of a tenth embodiment of the present invention. The tenth embodiment is similar to the fourth embodiment of the present invention except that a structure of rotating assembly **20***j* is similar to that of the fifth embodiment of the present invention.

Referring to FIGS. **65-71**, show a movable puzzle platform **1***k* of an eleventh embodiment of the present invention. The movable puzzle platform **1***k* comprises a board assembly **90***k*, a kickstand **15***k* pivotally coupled at the board assembly **90***k* and a rotating assembly **20***k* attached on the kickstand **15***k*. The board assembly **90***k* comprises a puzzle board **10***k*, a supplement arrangement **30***k* attached on the puzzle board **10***k*, an extending wall **50***k* upwardly extended from a peripheral edge of the puzzle board **10***k* and a base **40***k* is stacked on and detachably fastened to the supplement

arrangement **30***k*. The puzzle board **10***k* comprises a puzzle plate **101***k* and a fixing portion **102***k* extending from the edge of the puzzle plate **101***k*. The puzzle board **10**K is embodied to have a rectangular shape defining two longer longitudinal sides provided along a longitudinal direction X and two shorter transverse sides provided along a lateral direction Y perpendicular to the longitudinal direction X.

The supplement arrangement **30***k* comprises at least one puzzle drawer **32***k*, at least one drawer cavity **31***k* for receiving the corresponding puzzle drawer **32***k*, and a supporting portion **301***k* connected with the bottom surface **12***k* of the puzzle plate **101***k* for forming the drawer cavity **31***k*. The movable puzzle platform **1***k* further comprises a complementary conformation **80***k* provided between the puzzle drawer **32***k* and the corresponding supporting portion **301***k* for holding the puzzle drawer **32***k* and preventing the puzzle drawer **32***k* from falling off the supporting portion **301***k*. Each of the puzzle drawer **32***k* comprises a rectangular bottom panel **321***k* slidably received in the corresponding drawer cavity **31***k* and a pair of side panels **324***k* extending from the bottom panel **321***k*. The complementary conformation **80***d* comprises a pair of engaging slots **305***k* provided on the pair of side panels **324***k*, and a pair of engaging portions **326***k* extending outwardly from the corresponding supporting portion **301***k* for inserted into the corresponding engaging slots **305***k*. In usage state, each of the engaging slot **305***k* is configured for smoothly sliding in the corresponding engaging portions **326***k*. The extending direction of the slots **305***k* is parallel to that of the corresponding supporting portion **301***k*. Each of the engaging portions **326***k* is connected with the corresponding supporting portion **301***k*, directly.

The extending wall **50***k* is substantially perpendicular to the puzzle board **10***k* and comprises at least a pair of extending walls assembled edge-to-edge. Each of extending walls **50***k* comprises an inner surface **501***k*, an outer surface **502***k* opposite to the inner surface **501***k*, and a pair of side surface **503***k* connecting the inner and outer surfaces **501***k*, **502***k*. The side surface of the extending wall **503***k* is engaged with the inner surface **501***k* of the adjacent extending wall **50***k*. In other words, the side surface of extending wall extending along the lateral direction Y is engaged with the inner surface of the adjacent extending wall extending along the longitudinal direction X. The longitudinal side surface is exposed from the adjacent lateral extending wall.

In this embodiment, the extending wall **50***k* is integral with the corresponding supporting portion **301***k* as a whole for forming a monolithic portion **55***k*. The monolithic portion **55***k* comprises a receiving space **103***k* for fixing and receiving the fixing portion **102***k* of the puzzle board **10***k*.

Although the kickstand **15** is shown in the fifth embodiment to be generally H-shaped, those skilled in the art will recognize that numerous different shapes could be used in place of the H-shaped kickstand **15** to achieve the desired function as described herein. More specifically but not by way of limitation the kickstand **15** could be cylindrical, circular, square and so on. Referring to FIGS. **72-73**, a movable puzzle platform **1**L comprises a puzzle board **10**L, a supporting portion **301**L supporting the puzzle board **10**L, and a kickstand **15**L attached on the supporting portion **301**L. The kickstand **15**L could be a planar plate with a rectangle shape and connected with the supporting portion **301**L of the via a hinge **16**L. Referring to FIGS. **74-75**, a movable puzzle platform **1**M comprises a puzzle board **10**M, a supporting portion **301**M supporting the puzzle board **10**M, and a kickstand **15**M attached on the puzzle board **10**M. The kickstand **15**M could be a planar plate with a rectangle shape and connected with the puzzle board **10**M of the via at least a pair of hinges **16**M. Referring to FIGS. **76-77**, a movable puzzle platform **1**N comprises a puzzle board **10**N, a supporting portion **301**N supporting the puzzle board **10**N, and a kickstand **15**N attached on the supporting portion **301**N. The kickstand **15**L could be substantially strip-shaped and connected with the supporting portion **301**N of the via at least a hinge **16**N.

The puzzle board is made of plastic, wood, or metal. When the puzzle board is made of plastic by molding, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. When the puzzle board is made of metal by stamping, the restricting wall is preferred to be integrally molded on the puzzle plate. Optionally, the restricting wall can be stacked on the puzzle plate and integrally welded to the puzzle plate as a whole. When the puzzle board is made of wood, the restricting wall is preferred to be integrally molded on the puzzle plate as a whole. Optionally, the restricting wall can be stacked on the puzzle plate and integrally glued to the puzzle plate. If the puzzle board is made of aluminum, the weight of the puzzle board can be reduced. If the puzzle board is made of stainless steel or tempered steel, the structural strength of the puzzle board can be improved. If the puzzle board is made of plastic or wood, the manufacturing cost of the puzzle board can be reduced. It is worth mentioning that, the restricting wall and the puzzle plate can be secured together by threads, snap-fit, friction fit, etc., to fix the restricting wall on the puzzle plate. It is appreciated that the puzzle plate and the restricting wall can be made of different materials. The puzzle plate and the restricting wall may be fabricated in any desired manner, using any acceptable material.

In one application, as shown in FIG. **78**, the movable puzzle platform of the present invention can be incorporated with the puzzle pieces **100** to form a puzzle game kit. Particularly, the area of the playing surface **11** matches with the area of the puzzle pieces **100** after the puzzle pieces **100** are assembled, such that the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **100** after the puzzle pieces **100** are assembled. Furthermore, the puzzle board **10** is constructed to have a plurality of supplement arrangement **30**. Therefore, the supplement arrangement **30**, the rotating assembly **20** and the puzzle pieces **100** are packed in a box. In order to play the puzzle pieces **100**, the board panels can be assembled edge-to-edge to form the puzzle board **10**. Then, the rotating assembly **20** can be coupled at the bottom side **11** of the puzzle board **10** to form the movable puzzle platform for the user to move the puzzle board **10** on the playing surface and to assemble the puzzle pieces **100** on the playing surface **11** of the puzzle board **10**. Once the puzzle pieces **100** are completely assembled on the playing surface **11** of the puzzle board **10**, the rotating assembly **20** can be detached from the bottom side **11** of the puzzle board **10**, such that the puzzle board **10** forms the puzzle frame for framing the puzzle pieces **100**.

It will thus be seen that the objects of the present invention have been fully and effectively accomplished. The embodiments have been shown and described for the purposes of illustrating the functional and structural principles of the present invention and is subject to change without departure from such principles. Therefore, this invention includes all modifications encompassed within the spirit and scope of the following claims.

What is claimed is:

**1**. A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board; and

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board;

wherein, the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall; and

wherein the supporting portion further comprises a second main supporting wall attached on the bottom surface of the puzzle board and disposed apart from the first main supporting wall, the restricting wall further comprises a second extending wall extended from the fixing portion of the puzzle board and disposed apart from the first extending wall, the second extending wall and the fixing portion of the puzzle board are successively stacked on the second main supporting wall.

**2**. The movable puzzle platform, as recited in claim **1**, wherein a side of the fixing portion is exposed out of the first extending wall and the first main supporting wall.

**3**. The movable puzzle platform, as recited in claim **1**, a side of the fixing portion is exposed out of the second extending wall and the second main supporting wall.

**4**. The movable puzzle platform, as recited in claim **1**, wherein the supporting portion further comprises a first inner supporting wall attached on the bottom surface of the puzzle board for improving the structural strength of the puzzle board.

**5**. The movable puzzle platform, as recited in claim **1**, further comprising a base attached on the supporting portion.

**6**. The movable puzzle platform, as recited in claim **5**, wherein the base comprises a plurality holding portions positioned spaced from each other and connected with the supporting portion.

**7**. The movable puzzle platform, as recited in claim **6**, wherein the base is integral with the supporting portion as a whole.

**8**. The movable puzzle platform, as recited in claim **5**, further comprising a rotating assembly attached on the base directly.

**9**. The movable puzzle platform, as recited in claim **1**, further comprising a rotating assembly attached on the board assembly.

**10**. The movable puzzle platform, as recited in claim **9**, wherein the rotating assembly is attached on the supporting portion directly.

**11**. The movable puzzle platform, as recited in claim **9**, wherein the rotating assembly is attached on the puzzle board directly.

**12**. The movable puzzle platform, as recited in claim **1**, further comprising a kickstand pivotally coupled at the board assembly.

**13**. The movable puzzle platform, as recited in claim **1**, wherein the restricting wall is an unclosed structure for forming a surrounding opening.

**14**. The movable puzzle platform, as recited in claim **1**, wherein the supplement arrangement further comprises at least one drawer cavity formed by the supporting portion together with the puzzle plate, at least one puzzle drawer received in a corresponding drawer cavity, and at least one complementary conformation provided between the puzzle drawer and a corresponding supporting portion for allowing the puzzle drawer to be slid on the supporting portion.

**15**. The movable puzzle platform, as recited in claim **4**, wherein the supporting portion further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly.

**16**. The movable puzzle platform, as recited in claim **4**, wherein the first main supporting wall comprises a first fixing space for fixing and receiving the first inner supporting wall.

**17**. The movable puzzle platform, as recited in claim **4**, wherein the first inner supporting wall is exposed from the first main supporting wall.

**18**. The movable puzzle platform, as recited in claim **15**, wherein the restricting wall further comprises a third extending wall extended from the fixing portion of the puzzle board and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

**19**. The movable puzzle platform, as recited in claim **9**, wherein the rotating assembly comprises a first moving member, a second moving member rotatably coupled to the first moving member and at least one ball bearing sandwiched between the first and second moving members, the second moving member comprises a flat second middle portion and a second projecting portion extending from a center of the second middle portion toward the first moving member for engaging with the ball bearing together with the first moving member.

**20**. The movable puzzle platform, as recited in claim **9**, wherein the rotating assembly comprises a first moving member, a second moving member rotatably coupled to the first moving member and a bearing unit coupled between the first and second moving members and comprising a plurality of retaining holes and a plurality of ball bearings being rotatably retained in a corresponding retaining hole in a rotatable manner, each of the retaining holes comprises at least one locking opening and a connecting hole smoothly connected with the locking opening, a diameter of the locking opening is slightly smaller than that of a corresponding ball bearing for locking the ball bearings in position respectively while allowing the bearings in a free rolling manner.

**21**. The movable puzzle platform, as recited in claim **1**, wherein the restricting wall comprises a pair of extending walls connected with each other and each of the extending walls comprises an inner surface, an outer surface opposite to the inner surface, and a pair of side surface connecting the inner and outer surfaces, the side surface of one extending wall is engaged with the side surface of another extending wall.

**22**. The movable puzzle platform, as recited in claim **1**, wherein the restricting wall comprises a pair of extending walls connected with each other and each of the extending walls comprises an inner surface, an outer surface opposite to the inner surface, and a pair of side surface connecting the inner and outer surfaces, the side surface of one extending wall is engaged with the inner surface of another extending wall.

**23**. A movable puzzle platform comprising:

a board assembly comprising:

a puzzle board comprising a puzzle plate and a fixing portion extending from the puzzle plate;

a supplement arrangement comprising a supporting portion having a first main supporting wall attached on the bottom surface of the puzzle board; and

a restricting wall having a first extending wall upwardly extending from the fixing portion and stacked on the fixing portion of the puzzle board; and

a rotating assembly attached on the board assembly;

wherein the first extending wall and the fixing portion of the puzzle board are successively stacked on the first main supporting wall.

**24**. The movable puzzle platform, as recited in claim **23**, further comprising a kickstand pivotally coupled at the board assembly.

**25**. The movable puzzle platform, as recited in claim **23**, wherein the rotating assembly is attached on the supporting portion directly.

**26**. The movable puzzle platform, as recited in claim **23**, wherein the rotating assembly is attached on the puzzle board directly.

**27**. The movable puzzle platform, as recited in claim **23**, wherein the supplement arrangement further comprises at least one drawer cavity formed by the supporting portion together with the puzzle plate, at least one puzzle drawer received in a corresponding drawer cavity.

**28**. The movable puzzle platform, as recited in claim **23**, wherein the supporting portion further comprises a first dividing supporting wall positioned below the bottom surface of the puzzle board for improving the structural strength of the board assembly.

**29**. The movable puzzle platform, as recited in claim **28**, wherein the restricting wall further comprises a lateral extending wall extended from the fixing portion of the puzzle board and partly overlapped with the first dividing supporting wall in a thickness direction of the board assembly.

* * * * *