**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD. | ) ) ) | Civil Action No. 2:26-cv-1819 |
| vs. | ) | or |
| XIAOLING CHE and JINYAN DUAN | ) ) ) | Criminal Action No. ____________ |

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ______________________________,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Shen Zhen Nuo Bei Shi Chuang Yi Fan Zhan Co., Ltd. and Shenzhen Mumuwan Maoyi Youxian Gong Si, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

08/28/2026
Date

/s/ Zheng "Andy" Liu
Signature of Attorney or Litigant