**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD. | ) | |
| vs. | ) | Civil Action No.: 2:26-cv-1819 |
| XIAOLING CHE and JINYAN DUAN | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF ZHENG "ANDY" LIU**

Zheng "Andy" Liu, undersigned counsel for Plaintiffs, hereby moves that Zheng "Andy" Liu be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiffs Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. and Shenzhen Mumuwan Maoyi Youxian Gong Si in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Zheng "Andy" Liu filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: 08/28/2026

/s/ Zheng "Andy" Liu

Zheng "Andy" Liu (CA- 279327)

***Aptum Law***

1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel. 650-475-6289
Email: Andy.Liu@AptumLaw.us
*Counsel for Plaintiffs*