**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT
412−208−7500

WHEN REPLYING, PROVIDE CASE NUMBER AND PARTY NAMES

August 31, 2026

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313−1450

RE: SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD. vs. XIAOLING CHE
Case Number: 2:26−CV−01819−DSC

Dear Commissioner:

In compliance with 35 Â§290 and/or 15 U.S.C Â§1116, enclosed please find a copy of the Complaint and docket entries filed in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.

Very truly yours,

BRANDY S. LONCHENA
CLERK OF COURT

By: /s/ **Jennifer Dash**
Deputy Clerk

Enclosures