**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,

Plaintiff,

v.

XIAOLING CHE and JINYAN DUAN,

Defendants.

Civil Case No.: 2:26-cv-01819-DSC

**MOTION FOR PRAECIPE TO ISSUE SUMMONS**

Plaintiff Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. requests that the clerk of this Court issue the attached Summons.

Date: August 31, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu

Zheng "Andy" Liu (CA-279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*