**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,

Plaintiff,

v.

XIAOLING CHE and JINYAN DUAN,

Defendants.

Civil Case No.: 2:26-cv-1819

**ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***
**OF ZHENG "ANDY" LIU**

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice appearance of Zheng "Andy" Liu is GRANTED.

Dated: September 3, 2026

s/ J. Nicholas Ranjan
UNITED STATES DISTRICT JUDGE