UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD., Plaintiff, v. XIAOLING CHE and JINYAN DUAN, Defendants. | Case No. 2:26-cv-01819<br>Honorable J. Nicholas Ranjan |

**DECLARTION OF MARINA N. SAITO**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Marina N. Saito, make this Declaration in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendants Xiaoling Che and Jinyan Duan pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I declare as follows:

1. I am a Partner of the law firm Rice Technology Law Group.

2. My business address is 555 Skokie Blvd., Suite 500, Northbrook, IL 60062.

3. I am a member in good standing of the bar of the State of Illinois.

4. My attorney identification number is Illinois Attorney Registration No. 6,230,179.

5. A current certificate of good standing from the Supreme Court of Illinois is attached to this Declaration as Exhibit A.

6. I have not been the subject of any disciplinary proceedings concerning my practice of law that resulted in a non-confidential negative finding or sanction by the disciplinary authority of the bar of any state or any United States court.

7. I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based on the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2026.

Marina N. Saito

# Exhibit A

# Attorney Registration and Disciplinary Commission
# of the
# Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
9/3/2026

Re: Marina Nomura Saito
Attorney No. 6230179

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Marina Nomura Saito was admitted to practice law in Illinois on 11/9/1995; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: ______________________
Andrew Oliva
Registrar