UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD., Plaintiff, | Case No. 2:26-cv-01819 |
| v. | Honorable J. Nicholas Ranjan |
| XIAOLING CHE and JINYAN DUAN, Defendants. | |

**ORDER GRANTING MOTION FOR ADMISSION**
***PRO HAC VICE* OF EDWARD H. RICE**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Edward H. Rice, it is hereby ORDERED that the Motion is granted, and Edward H. Rice is admitted *pro hac vice* to represent Defendants Xiaoling Che and Jinyan Duan in this action.

Dated: September 9, 2026

s/ J. Nicholas Ranjan
United States District Judge