UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>XIAOLING CHE and JINYAN DUAN,<br><br>Defendants. | Case No. 2:26-cv-01819<br><br>Honorable J. Nicholas Ranjan |

**MOTION FOR ADMISSION PRO HAC VICE OF STEVEN M. LUBEZNY**

Steven M. Lubezny, undersigned counsel for Defendants Xiaoling Che and Jinyan Duan, hereby moves that Steven M. Lubezny be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Xiaoling Che and Jinyan Duan in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Declaration for Admission Pro Hac Vice of Steven M. Lubezny filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: September 14, 2026

/s/ Steven M. Lubezny
Steven M. Lubezny (IL 6,275,394)
Rice Technology Law Group
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
steve@ricetechlaw.com
(224) 331-0568

*Counsel for Defendants,*
*Xiaoling Che and Jinyan Duan*