UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,

Plaintiff,

v.

XIAOLING CHE and JINYAN DUAN,

Defendants.

Case No. 2:26-cv-01819

Honorable J. Nicholas Ranjan

**[PROPOSED[ ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN M. LUBEZNY**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Steven M. Lubezny, it is hereby ORDERED that the Motion is granted, and Steven M. Lubezny is admitted *pro hac vice* to represent Defendants Xiaoling Che and Jinyan Duan in this action.

Dated: ______________________________

______________________________
J. Nicholas Ranjan
United States District Judge