UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>XIAOLING CHE and JINYAN DUAN,<br><br>Defendants. | Case No. 2:26-cv-01819<br><br>Honorable J. Nicholas Ranjan |

**MOTION TO DISMISS**

Defendants Xiaoling Che and Jinyan Duan, by and through their undersigned counsel, respectfully move pursuant to Federal Rules of Civil Procedure 12(b)(6), 12(b)(7), 12(b)(1), and 12(b)(2) to dismiss Plaintiff Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd.'s Complaint.

First, Defendants move under Rule 12(b)(6) to dismiss with prejudice Nuo Bei Shi's claims against Ms. Che because they are barred by claim preclusion. Nuo Bei Shi previously asserted materially identical declaratory judgment claims against Ms. Che concerning the same patent in an action in the Northern District of Illinois, and those claims were dismissed with prejudice.

Second, Defendants move under Rule 12(b)(7) to dismiss Ms. Duan because Ms. Che, as a co-owner of the patent at issue, is a required and indispensable party to any claim seeking a declaration of invalidity or noninfringement, yet Ms. Che must be dismissed from this action based on claim preclusion.

Third, once Nuo Bei Shi's patent claims are dismissed, no federal claim remains, and this Court lacks an independent basis for subject matter jurisdiction over Nuo Bei Shi's remaining state-law tort claims. Defendants therefore move to dismiss those claims under Rule 12(b)(1).

Alternatively, those counts fail under Rule 12(b)(6) because the complaint does not plausibly allege objectively baseless, bad-faith patent enforcement.

Defendants also alternatively move under Rule 12(b)(2) to dismiss for lack of personal jurisdiction.

This Motion is supported by the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss and the corresponding exhibits.

Pursuant to Judge Ranjan's Practices and Procedures, counsel for the parties conferred by telephone on Monday, September 14, 2026. During the conference, Defendants' counsel explained the bases for the motion. Plaintiff's counsel requested a day to confer with his client. On Tuesday, September 15, counsel for the parties spoke again, and Plaintiff's counsel indicated that Nuo Bei Shi intended to oppose the motion.

Respectfully submitted,

Dated: September 15, 2026

/s/ Marina N. Saito

Edward H. Rice (IL 6,199,115)
Marina N. Saito (IL 6,230,179)
Steven M. Lubezny (IL 6,275,394)
Rice Technology Law Group
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
ed@ricetechlaw.com
marina@ricetechlaw.com
steve@ricetechlaw.com
(224) 331-0568

*Counsel for Defendants,*
*Xiaoling Che and Jinyan Duan*