UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>XIAOLING CHE and JINYAN DUAN,<br><br>Defendants. | Case No. 2:26-cv-01819<br><br>Honorable J. Nicholas Ranjan |

**[PROPOSED[ ORDER GRANTING MOTION TO DISMISS**

Upon consideration of Defendants Xiaoling Che and Jinyan Duan's Motion to Dismiss and the related briefing, it is hereby ORDERED that Defendants' Motion is GRANTED.

Plaintiff's claims against Defendant Xiaoling Che are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiff's declaratory judgment claims against Defendant Jinyan Duan are DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(7).

Plaintiff's remaining state-law claims are DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

The Clerk of Court shall mark this case CLOSED.

Dated: ______________________________ ______________________________

J. Nicholas Ranjan
United States District Judge