# EXHIBIT B

**1:25-cv-00845** Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. et al v. Che
Manish S. Shah, presiding
**Date filed:** 01/24/2025
**Date terminated:** 06/20/2025
**Date of last filing:** 06/23/2025

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed & Entered:* | 01/24/2025 | case assigned |
| | *Docket Text:* CASE ASSIGNED to the Honorable Manish S. Shah. Designated as Magistrate Judge the Honorable Gabriel A. Fuentes. Case assignment: Random assignment. (Civil Category 1). (dec, ) | | |
| | *Filed & Entered:* | 01/24/2025 | clerk's notice |
| | *Docket Text:* CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (dec, ) | | |
| 1 | *Filed & Entered:* | 01/24/2025 | complaint |
| | *Docket Text:* COMPLAINT filed by Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd., Shenzhen Mumuwan Maoyi Youxian Gong Si; Jury Demand. Filing fee $ 405, receipt number AILNDC-22996995. (Attachments: # (1) Civil Cover Sheet)(Liu, Zheng) | | |
| 2 | *Filed & Entered:* | 01/27/2025 | Patent/Trademark report |
| | *Docket Text:* MAILED patent report to Patent Trademark Office, Alexandria VA. (daj, ) | | |
| 3 | *Filed & Entered:* | 02/04/2025 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Plaintiff Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. by Zheng Liu (Liu, Zheng) | | |
| 4 | *Filed & Entered:* | 02/04/2025 | attorney appearance |
| | *Docket Text:* ATTORNEY Appearance for Plaintiff Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. by Zheng Liu (Liu, Zheng) | | |
| 5 | *Filed & Entered:* | 04/25/2025 | set deadlines |
| | *Docket Text:* MINUTE entry before the Honorable Manish S. Shah: By 5/1/2025, the parties shall file a report of the parties' planning meeting pursuant to LPR 1.2. A template for the report setting forth the information required, may be found at http://www.ilnd.uscourts.gov/_assets/_documents/_rules/LPR%20Appendix%20A.pdf. In addition to the information required in LPR Appendix A, the parties shall set forth the specific dates and events set by the local patent rules up through the opening claim construction briefs and also report on the status of any settlement discussions. If defendant has not entered an appearance or been served, plaintiff must file a status report advising the court of the status of service of process or any communication with defendant. Notices Mailed. (psm, ) | | |
| 6 | *Filed & Entered:* | 05/15/2025 | set deadlines |
| | *Docket Text:* MINUTE entry before the Honorable Manish S. Shah: A status report was due on 5/1/25 but no report was filed. The court ordered plaintiff to file a report if defendant has not entered an appearance. See | | |

| | | | |
|---|---|---|---|
| | [5]. A status report must be filed by 5/23/25. If no report is filed by that deadline, the case will be dismissed with prejudice for want of prosecution. Notices Mailed. (psm, ) | | |
| 7 | *Filed & Entered:* | 06/20/2025 | terminated case |
| | *Docket Text:* MINUTE entry before the Honorable Manish S. Shah: The case is dismissed with prejudice for want of prosecution. See [6]. Enter judgment and terminate civil case. Notices Mailed. (psm, ) | | |
| 8 | *Filed & Entered:* | 06/20/2025 | entered judgment |
| | *Docket Text:* ENTERED JUDGMENT. Notices Mailed. (psm, ) | | |
| 9 | *Filed & Entered:* | 06/23/2025 | Patent/Trademark report |
| | *Docket Text:* MAILED patent report to Patent Trademark Office, Alexandria VA. (rc, ) | | |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/05/2026 09:56:42 | | | |
| **PACER Login:** | msaito5187 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 1:25-cv-00845 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |