# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd., et al.

Plaintiff,

v.

Case No.: 1:25−cv−00845
Honorable Manish S. Shah

Xiaoling Che

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2025:

MINUTE entry before the Honorable Manish S. Shah: The case is dismissed with prejudice for want of prosecution. See [6]. Enter judgment and terminate civil case. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.