**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD. )
) Civil Action No. 2:26-cv-01819
)
vs. ) or
XIAOLING CHE and JINYAN DUAN )
) Criminal Action No. ____________
)

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ________________________________________________,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for XIAOLING CHE and JINYAN DUAN, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

September 15, 2026
Date

/s/ Marina N. Saito
Signature of Attorney or Litigant