UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,

Plaintiff,

v.

XIAOLING CHE and JINYAN DUAN,

Defendants.

Case No. 2:26-cv-01819-NR

Honorable J. Nicholas Ranjan

**DEFENDANTS' NOTICE OF PLAINTIFF'S FAILURE TO RESPOND TO MOTION TO DISMISS**

Defendants Xiaoling Che and Jinyan Duan, by and through their undersigned counsel, respectfully submit this Notice regarding their pending Motion to Dismiss (Dkt. 19).

1. On September 15, 2026, Defendants filed a Motion to Dismiss the Complaint. Dkt. 19.

2. On September 16, 2026, the Court entered a briefing schedule Order that required Plaintiff to file its opposition on or before October 7, 2026. Dkt. 22.

3. Plaintiff did not file an opposition by the Court-ordered deadline and, as of the filing of this Notice, has neither filed a response nor sought an extension of time to do so.

4. In light of Plaintiff's failure to file a timely opposition by the Court's deadline, Defendants respectfully ask the Court to resolve the Motion to Dismiss on the existing papers.

Respectfully submitted,

Dated: October 13, 2026

/s/ Marina N. Saito

Edward H. Rice (IL 6,199,115)
Marina N. Saito (IL 6,230,179)
Steven M. Lubezny (IL 6,275,394)
Rice Technology Law Group

555 Skokie Blvd., Suite 500
Northbrook, IL 60062
ed@ricetechlaw.com
marina@ricetechlaw.com
steve@ricetechlaw.com
(224) 331-0568

*Counsel for Defendants,*
*Xiaoling Che and Jinyan Duan*