UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>XIAOLING CHE and JINYAN DUAN,<br><br>Defendants. | Case No. 2:26-cv-01819<br><br>Honorable J. Nicholas Ranjan |

**MOTION FOR SANCTIONS**

Defendants Xiaoling Che and Jinyan Duan, by and through their undersigned counsel, respectfully move this Court, pursuant to its inherent authority, for an order directing Plaintiff Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. and its counsel to show cause why sanctions should not be imposed for their conduct in this litigation. The grounds for this motion are set forth in Defendants' accompanying Memorandum of Law in Support of Motion for Sanctions and the Declaration of Edward H. Rice.

Defendants respectfully request that the Court provide Nuo Bei Shi and its counsel an opportunity to explain their conduct and, upon a finding of sanctionable conduct, award Defendants the reasonable attorneys' fees and expenses caused by that conduct, with the amount to be established through a supplemental fee petition.

Respectfully submitted,

Dated: October 26, 2026

/s/ Marina N. Saito

Edward H. Rice (IL 6,199,115)
Marina N. Saito (IL 6,230,179)
Steven M. Lubezny (IL 6,275,394)

Rice Technology Law Group
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
ed@ricetechlaw.com
marina@ricetechlaw.com
steve@ricetechlaw.com
(224) 331-0568

*Counsel for Defendants,*
*Xiaoling Che and Jinyan Duan*