UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,

Plaintiff,

v.

XIAOLING CHE and JINYAN DUAN,

Defendants.

Case No. 2:26-cv-01819

Honorable J. Nicholas Ranjan

**[PROPOSED[ ORDER GRANTING MOTION FOR SANCTIONS**

Upon consideration of Defendants Xiaoling Che and Jinyan Duan's Motion for Sanctions and the related briefing, it is hereby ORDERED that Defendants' Motion for Sanctions is GRANTED.

Defendants are awarded their reasonable attorneys' fees and expenses incurred in preparing and filing their motion to dismiss as well as their reasonable attorneys' fees and expenses incurred in pursuing sanctions.

Defendants shall file a petition setting forth the amount of attorneys' fees and expenses sought, together with supporting documentation, within ten (10) days of this Order. Plaintiff may file a response within ten (10) days thereafter.

Dated: ______________________________

______________________________
J. Nicholas Ranjan
United States District Judge