**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>XIAOLING CHE and JINYAN DUAN,<br><br>Defendants. | Case No.: 2:26-cv-1819-NR<br><br>Judge J. Nicholas Ranjan |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO MOTION FOR SANCTIONS [DKT. 27]**

Plaintiff Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. ("Plaintiff") moves for a seven-day extension of time to file its brief in response to the Motion for Sanctions (Dkt. 27). In support, Plaintiff states:

On October 27, 2026, the Court ordered Plaintiff to file a brief in response to the Motion for Sanctions on or before November 10, 2026 (today), not to exceed 10 pages. (Dkt. 29.) This is Plaintiff's first request for an extension of this deadline.

Good cause exists for the requested extension. The Motion for Sanctions centers on why Plaintiff did not voluntarily dismiss this action at the outset. The facts bearing on that question are within Plaintiff's own knowledge, not that of its counsel. To respond fully and accurately, Plaintiff's counsel must confer with Plaintiff and obtain the relevant information, and any supporting documentation, directly from Plaintiff.

Plaintiff's counsel promptly contacted Plaintiff's current representative responsible for this matter. That representative, however, is presently out of the office and unavailable, and counsel has therefore been unable to obtain the information necessary to prepare Plaintiff's response by the current deadline. Counsel anticipates that approximately one week is needed to confer with Plaintiff's representative upon the representative's return and to prepare a complete response brief.

Accordingly, Plaintiff respectfully requests that the Court enter an Order extending the deadline for filing its response brief by seven days, to on or before November 17, 2026. This request is made in good faith and not for purposes of delay. The requested extension is brief, and Plaintiff does not believe it will prejudice any party or disrupt the schedule of this case. Moreover, a response informed by Plaintiff's first-hand knowledge will better assist the Court in resolving the Motion for Sanctions.

An appropriate proposed order is filed herewith.

Dated: November 10, 2026

Respectfully submitted,

/s/ Zheng Liu

Zheng "Andy" Liu (CBN 279327)
**Aptum Law**
1660 S Amphlett Blvd, Suite 315
San Mateo, CA 94402
Tel: (650)475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Plaintiff*