**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,

Plaintiff,

v.

XIAOLING CHE and JINYAN DUAN,

Defendants.

Case No.: 2:26-cv-1819-NR

Judge J. Nicholas Ranjan

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO MOTION FOR SANCTIONS**

AND NOW, this _____ day of November 2026, Plaintiff has presented its Motion for Extension of Time to File Brief in Response to Motion for Sanctions.

IT IS HEREBY ORDERED that said Motion is GRANTED and the time for Plaintiff to file its brief in response to the Motion for Sanctions (Dkt. 27) is re-set for November 17, 2026.

______________________________
J. NICHOLAS RANJAN
UNITED STATES DISTRICT JUDGE