**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SHEN ZHEN NUO BEI SHI CHUANG YI FA ZHAN CO., LTD.,

Plaintiff,

v.

XIAOLING CHE and JINYAN DUAN,

Defendants.

Case No.: 2:26-cv-1819-NR

Judge J. Nicholas Ranjan

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO MOTION FOR SANCTIONS [DKT. 27]**

Plaintiff Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. ("Plaintiff") moves for a three-day extension of time to file its brief in response to the Motion for Sanctions (Dkt. 27). In support, Plaintiff states:

This is Plaintiff's second request for an extension of this deadline.

On October 27, 2026, the Court ordered Plaintiff to file a brief in response to the Motion for Sanctions on or before November 10, 2026 , not to exceed 10 pages. (Dkt. 29.)

On November 10, 2026, Plaintiff moved for and the Court granted a seven day extension.

The undersigned's legal team mistakenly docketed the deadline to be November 18, 2026, rather than November 17, 2026.

The Court, on November 18, 2026, issue a OSC requiring Plaintiff to file in response to the Motion for Sanctions on or before November 20, 2026.

The undersigned has substantially completed the brief but is unable to finalize and file the brief by today's deadline due to a last minute emergency change in the undersigned parenting schedule.

The undersign will file the brief by November 23, 2026 (Monday), if not earlier.

Accordingly, Plaintiff respectfully requests that the Court enter an Order extending the deadline for filing its response brief by seven days, to on or before November 23, 2026. This request is made in good faith and not for purposes of delay. The requested extension is brief, and Plaintiff does not believe it will prejudice any party or disrupt the schedule of this case.

Dated: November 20, 2026

Respectfully submitted,

/s/ Zheng Liu
Zheng "Andy" Liu (CBN 279327)
**Aptum Law**
1660 S Amphlett Blvd, Suite 315
San Mateo, CA 94402
Tel: (650)475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Plaintiff*