# EXHIBIT A

Gmail

Andy Liu <bjliuzheng@gmail.com>

**Shen Zhen Nuo Bei Shi Chuang Yi Fa Zhan Co., Ltd. v. Che, Case No. 2:26:cv-1819 (W.D. Pa.)**

**Edward Rice** <ed@ricetechlaw.com> Mon, Sep 14, 2026 at 1:41 PM
To: "Liu, Zheng" <bjliuzheng@gmail.com>
Cc: "Andy.Liu@AptumLaw.us" <Andy.Liu@aptumlaw.us>, Marina Saito <marina@ricetechlaw.com>, Steve Lubezny <steve@ricetechlaw.com>

Andy:

As discussed on the call this afternoon, you will contact your client to see whether—in view of Defendants' planned motion to dismiss—it will either withdraw its complaint or oppose the motion.

If we do not hear from you by end of day tomorrow (5 pm Central) we will assume you intend to oppose the motion and we will file it.

Regards,

-Ed

**Edward Rice**
Partner

Rice Technology Law Group

+1 224.331.0175

ed@ricetechlaw.com

www.ricetechlaw.com

555 Skokie Blvd., Suite 500
Northbrook, Illinois 60062

[Quoted text hidden]
[Quoted text hidden]